IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 07-041 (RJL) |
| | ) | |
| KENNETH KEITT | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

Defendant Kenneth Keitt, by and through undersigned counsel, hereby moves this Honorable Court to enter the appearance of Steven J. McCool, Esquire to represent him in the above-captioned case.

                                                                       Respectfully submitted,


                                                          _____/s/_____
                                                          STEVEN J. McCOOL
                                                          D.C. Bar No. 429369
                                                          MALLON & McCOOL, LLC
                                                          1776 K Street, N.W., Suite 200
                                                          Washington, D.C. 20006
                                                          (202) 393-7088

                                                          Counsel for Kenneth Keitt

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of March 2007, the foregoing was filed electronically and to the best of my knowledge, information and belief, the government counsel will be notified through the Electronic Case Filing System.

_____/s/_____
STEVEN J. McCOOL