U.S. Department of Justice
U.S. Attorneys

# United States District Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA | **FILED** |
| v. | MAR 1 3 2007 |
| KENNETH KEITT, | NANCY MAYER WHITTINGTON, CLERK |
| Case No. 07-041 (RJL) | U.S. DISTRICT COURT |
| DEFENDANT. | |

## O R D E R

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this ___13th___ day of ___March 2007___ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on _TO BE DETERMINED_ by _FBI SA LARRY STEWART, JR._ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _FBI, WASHINGTON FIELD OFFICE_ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of _FBI SA LARRY STEWART, JR._ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_Richard [signature]_
Judge (U.S. Magistrate)

DEFENSE COUNSEL

DOJ USA-16-1-80