IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 07-041 (RJL) |
| | ) | |
| KENNETH KEITT | ) | |
| | ) | |
| Defendant. | ) | |

UNOPPOSED MOTION FOR MODIFICATION OF CONDITIONS
OF RELEASE TO PERMIT TRAVEL OUTSIDE OF THE METROPOLITAN AREA

Defendant Kenneth Keitt, by and through undersigned counsel, respectfully moves this Court to modify his conditions of release so that he may travel outside of the metropolitan area. In support of this motion, counsel submits the following:

1. Mr. Keitt was arraigned before this Honorable Court on March 13, 2007, on one charge of violating 18 U.S.C. § 201(c).

2. On that date, this Court released Mr. Keitt on his own recognizance.

3. The Court did not require Mr. Keitt to surrender his passport. Rather, the Court directed the parties to meet and confer if Mr. Keitt sought to travel outside the country. The Court further stated that no travel order would be required if the parties reached agreement on any proposed international travel.

4. Following his arraignment, Mr. Keitt met with the Pretrial Services Agency ("PSA"). The PSA officer reviewed the release order in this case and noted that Mr. Keitt is required to stay "within the D.C. area." The PSA officer indicated that Mr. Keitt may be required to stay within 50 miles of the District of Columbia. Mr. Keitt advised the PSA officer that he worked frequently in Baltimore, Maryland and Richmond, Virginia. The PSA officer suggested that he may want to seek clarification from the Court.

1

5. Accordingly, Mr. Keitt moves the Court to modify his conditions of release so that he is not required to stay "within the D.C. area."

6. Counsel for the government, John Terzaken, Esquire, kindly stated that the United States does not oppose this request for relief.

Wherefore, for the foregoing reasons, and any others that may appear to the Court, it is respectfully requested that Mr. Keitt's motion be granted. A proposed Order granting the relief requested is attached hereto.

Respectfully submitted,

_____/s/_____
STEVEN J. McCOOL
D.C. Bar No. 429369
MALLON & McCOOL, LLC
1776 K Street, N.W., Suite 200
Washington, D.C. 20006
(202) 393-7088

Counsel for Kenneth Keitt

CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of March 2007, the foregoing motion to modify conditions of relief and the attached proposed Order were filed electronically and to the best of my knowledge, information and belief, government counsel will be notified through the Electronic Case Filing System.

_____/s/_____
STEVEN J. McCOOL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 07-041 (RJL) |
| ) | |
| KENNETH KEITT ) | |
| ) | |
| Defendant. ) | |

ORDER

Upon consideration of Defendant Keitt's Motion for Modification of Conditions of Release, the government's response thereto, and the entire record in this matter, it is this ___ day of March 2007, hereby

ORDERED, that Defendant Keitt's motion is granted; and it is further

ORDERED, that Mr. Keitt is permitted to travel outside the D.C. area; and it is further

ORDERED, that all other conditions of release imposed on March 13, 2007, in the above-captioned case, shall remain in effect.

_____
THE HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT COURT JUDGE