IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 07-041 (RJL) |
| | ) | |
| KENNETH KEITT | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

FILED

MAR 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Upon consideration of Defendant Keitt's Motion for Modification of Conditions of Release, the government's response thereto, and the entire record in this matter, it is this 15th day of March 2007, hereby

ORDERED, that Defendant Keitt's motion is granted; and it is further

ORDERED, that Mr. Keitt is permitted to travel outside the D.C. area; and it is further

ORDERED, that all other conditions of release imposed on March 13, 2007, in the above-captioned case, shall remain in effect.

_____
THE HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT COURT JUDGE

4