IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 07-041 (RJL) |
| | ) | |
| KENNETH KEITT | ) | |
| | ) | |
| Defendant. | ) | |

CONSENT MOTION FOR EXTENSION OF TIME TO FILE
MOTION FOR BILL OF PARTICULARS AND INCORPORATED
<u>MEMORANDUM OF POINTS AND AUTHORITIES</u>

Defendant Kenneth Keitt, by and through undersigned counsel and pursuant to Rules 7(f) and 45(b) of the Federal Rules of Criminal Procedure, respectfully moves this Court for leave to file a motion for a bill of particulars. In support of this motion, Mr. Keitt submits the following.

Mr. Keitt was arraigned in the instant case on March 13, 2007. At today's status hearing, undersigned counsel represented to the Court that Mr. Keitt would move to dismiss this case on statute of limitations grounds within 30 days. The Court authorized Mr. Keitt to file additional motions as undersigned counsel reviews the large volume of discovery in this case.

After reviewing the Indictment and a very limited amount of the discovery that the government provided today, it has become apparent to undersigned counsel that a motion for a bill of particulars should be filed on behalf of Mr. Keitt. While it may be inferred from the Court's comments today, regarding the time period within which to file motions, that a motion to extend time to seek a bill of particulars is unnecessary, undersigned counsel files the instant motion for the Court's consideration. Rules 7(f) and 45(b) authorize the Court to extend the time within which to file such a motion. Undersigned counsel conferred with Mark Pletcher, Esquire, counsel for the United States of America, who authorized undersigned counsel to represent that

he would like to confer with his co-counsel, who is out of the jurisdiction, before stating the government's position.

WHEREFORE, Kenneth Keitt respectfully requests leave to file a motion for a bill of particulars.

Respectfully submitted,

_____/s/_____
STEVEN J. McCOOL
D.C. Bar No. 429369
MALLON & McCOOL, LLC
1776 K Street, N.W., Suite 200
Washington, D.C. 20006
(202) 393-7088

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th of March 2007, the foregoing Motion for Extension of Time to File a Motion for a Bill of Particulars was served by electronic filing upon:

John Terzaken  
Mark Pletcher  
U.S. Department of Justice  
Antitrust Division  
1401 H Street, N.W., Suite 3700  
Washington, D.C. 20530

_____/s/_____  
Steven J. McCool

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 07-041 (RJL) |
| | ) | |
| KENNETH KEITT | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of Defendant Keitt's Motion for an Extension of Time to File a Motion for a Bill of Particulars, the government's consent, and the entire record in this matter, it is this _____ day of March 2007, hereby

**ORDERED**, that Defendant Keitt's motion is granted, and it is hereby

**FURTHER ORDERED**, that Defendant Keitt shall file a motion for a bill of particulars on or before May 16, 2007.

_____
THE HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT COURT JUDGE