UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**        ) | |
| ) | **Criminal No. 07-041 (RJL)** |
| v.                                                         ) | |
| ) | |
| **KENNETH KEITT,**                                ) | |
| ) | |
| Defendant.                           ) | |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE
RESPONSE TO DEFENDANT'S MOTION TO DISMISS OR,
IN THE ALTERNATIVE, FOR A BILL OF PARTICULARS AND
INCORPORATED MEMORANDUM OF POINTS AND AUTHORITIES**

The United States, by and through the undersigned Trial Attorneys for the Department of Justice, respectfully requests, pursuant to Rule 45(b) of the Federal Rules of Criminal Procedure and Rule 47(b) of the Local Criminal Rules for the United States District Court for the District of Columbia, for an extension of time within which to file a response to Defendant's Motion to Dismiss the Indictment or, in the Alternative, for a Bill of Particulars (Document No. 10) (filed May 16, 2007) ("Motion to Dismiss").  Specifically, the United States requests an extension of 25 days, which would allow the United States to file its response on or before June 22, 2007.  In support of this motion, the United States submits the following:

Defendant Kenneth Keitt was arraigned in the present case on March 13, 2007.  At a status conference with the Court on March 28, 2007, the Court addressed the issue of timing for a proposed motion to dismiss and/or motion for a bill of particulars by defendant.  At that time, the Court noted that both parties would be permitted additional time, if necessary, to file papers in this regard.  Consistent with this discussion, on March 30, 2007, the Court issued an Order granting defendant's request for an extension of time within which to file his Motion to Dismiss, which extended the date by which defendant was required to file the Motion to Dismiss by 50 days until

May 16, 2007.

The United States, because of conflicting case and travel obligations, including, among other things, that counsel are presently preparing for a complex, international price-fixing trial in the District of Connecticut, set to begin in early July, now seeks a similarly limited extension of time within which to file a response to defendant's Motion to Dismiss. In particular, the United States seeks an extension which would allow the United States to file its response on or before June 22, 2007.

Undersigned counsel conferred with Steven McCool, Esquire, counsel for defendant Kenneth Keitt, who kindly authorized the United States to represent that he consents to the proposed extension.

DATED this 23rd day of May, 2007.

Respectfully submitted,

  s/ John Terzaken
JOHN F. TERZAKEN, III (D.C. Bar # 474025)
MARK W. PLETCHER
Trial Attorneys, Antitrust Division
U.S. Department of Justice
1401 H Street, N.W., Suite 3700
Washington, D.C. 20530
Telephone: (202) 307-6186 / (202) 307-0719
Facsimile: (202) 514-6525
E-mail: john.terzaken@usdoj.gov/
       mark.pletcher@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on this 23rd day of May 2007, the foregoing Consent Motion for Extension of Time to File Response to Defendant's Motion to Dismiss or, in the Alternative, for a Bill of Particulars and Incorporated Memorandum of Points and Authorities, was filed electronically and to the best of my knowledge, information and belief, counsel for defendant Kenneth Keitt will be notified through the Electronic Case Filing System.

          s/ John Terzaken
          JOHN F. TERZAKEN, III
          D.C. Bar # 474015
          Trial Attorney, Antitrust Division
          U.S. Department of Justice
          1401 H Street, N.W., Suite 3700
          Washington, D.C.  20530
          Telephone:  (202) 307-0719
          Facsimile:   (202) 514-6525
          E-mail: john.terzaken@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **Criminal No. 07-041 (RJL)** |
| **v.** ) | |
| ) | |
| **KENNETH KEITT,** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER**

Upon consideration of the United States' Consent Motion for Extension of Time to File Response to Defendant's Motion to Dismiss or, in the Alternative, for a Bill of Particulars and Incorporated Memorandum of Points and Authorities, the consent of defendant Kenneth Keitt, and the entire record in this matter, it is this _____ day of May, 2007, hereby

**ORDERED**, that the United States' motion is granted, and it is hereby

**FURTHER ORDERED**, that the United States shall file a response to Defendant's Motion to Dismiss or, in the Alternative, for a Bill of Particulars on or before June 22, 2007.

_____
THE HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT COURT JUDGE