**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Criminal No. 07-041 (RJL)** |
| | ) | |
| **KENNETH KEITT** | ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT MOTION TO CONTINUE STATUS HEARING**

Defendant Kenneth Keitt, by and through undersigned counsel, respectfully moves this Court to continue the status hearing in this matter from July 9, 2007 to July 25, 26 or 27, 2007. The parties are available on those suggested dates. Undersigned counsel would like to take vacation the week of July 7, 2007 with his wife and three young children. Undersigned counsel conferred with John Terzaken, Esquire, counsel for the United States of America, who kindly authorized undersigned counsel to represent that the government does not object to the relief sought herein.

WHEREFORE, Kenneth Keitt respectfully requests that the instant motion be granted.

Respectfully submitted,

_____/s/_____
STEVEN J. McCOOL
D.C. Bar No. 429369
MALLON & McCOOL, LLC
1776 K Street, N.W., Suite 200
Washington, D.C. 20006
(202) 393-7088

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of June 2007, the foregoing Motion to Continue the July 9, 2007 Status Hearing was served through the Court's electronic filing system upon:

John Terzaken
Mark Pletcher
U.S. Department of Justice
Antitrust Division
1401 H Street, N.W., Suite 3700
Washington, D.C.  20530

_____/s/_____
Steven J. McCool

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 07-041 (RJL) |
| | ) | |
| KENNETH KEITT | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of Defendant Keitt's Motion to Continue the July 9, 2007 status hearing, the government's consent, and the entire record in this matter, it is this _____ day of June 2007, hereby

**ORDERED**, that Defendant Keitt's motion is granted, and it is hereby

**FURTHER ORDERED**, that the parties shall appear for a status hearing on July ____, 2007, at _____.

_____
THE HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT COURT JUDGE