IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 07-041 (RJL) |
| ) | |
| KENNETH KEITT ) | |
| ) | |
| Defendant. ) | |

CONSENT MOTION FOR EXTENSION OF TIME
TO FILE REPLY WITH INCORPORATED
MEMORANDUM OF POINTS AND AUTHORITIES

Defendant, Kenneth Keitt, by and through his attorneys, Steven J. McCool, and Mallon and McCool, LLC, respectfully moves this Honorable Court for entry of an Order extending the deadline to file a Reply to the United States' Response to Defendant's Motion to Dismiss the Indictment or, in the Alternative for a Bill of Particulars. In support of his Motion, Mr. Keitt states as follows:

1. Mr. Keitt filed his Motion to Dismiss the Indictment or, in the Alternative for a Bill of Particulars on May 16, 2007.

2. The government responded to this motion on June 22, 2007.

3. Mr. Keitt's Reply to the government's response is due on July 2, 2007.

4. On June 21, 2007, undersigned counsel completed a three day international parental kidnapping trial before the Honorable Chief Judge Thomas F. Hogan. As a result of that trial, undersigned counsel had a number of pressing matters that needed immediate attention. Undersigned counsel had an extended meeting in the Eastern District of Virginia on a fraud case on June 22, 2007. He also had meetings regarding witnesses involved in investigations arising out of the Abramoff matter. Finally, undersigned counsel had to prepare for a deposition on June

27, 2007 in a DC Superior Court civil case.

5. On June 26, 2007, undersigned counsel contacted John F. Terzaken, Esq, to inquire as to his position on an enlargement of time in which to reply.

6. Mr. Terzaken kindly indicated that he would consent to this enlargement of time.

WHEREFORE, Defendant respectfully requests that the deadline to file a Reply to the United States' Response to Defendant's Motion to Dismiss the Indictment or, in the Alternative for a Bill of Particulars be extended until July 10, 2007.

    Respectfully submitted,

By: _____/s/_____
STEVEN J. MCCOOL
D.C. Bar No. 429369
MALLON & McCOOL, LLC
300 East Lombard Street, Ste 920
Baltimore, Maryland 21202

Attorneys for Defendant Kenneth Keitt

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th of June 2007, the foregoing Motion for Extension of Time to File a Motion for a Bill of Particulars was served by electronic filing upon:

John Terzaken
Mark Pletcher
U.S. Department of Justice
Antitrust Division
1401 H Street, N.W., Suite 3700
Washington, D.C.  20530

_____/s/_____
Steven J. McCool

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 07-041 (RJL) |
| | ) | |
| KENNETH KEITT | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of Defendant Keitt's Motion for an Extension of Time to File a Reply, the government's consent, and the entire record in this matter, it is this _____ day of June 2007, hereby

**ORDERED**, that Defendant Keitt's motion is granted, and it is hereby

**FURTHER ORDERED**, that Defendant Keitt shall file his Reply to the United States' Response to Defendant's Motion to Dismiss the Indictment or, in the Alternative for a Bill of Particulars on or before July 10, 2007.

_____
THE HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT COURT JUDGE

4