IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Criminal No. 07-041 (RJL)** |
| **v.** ) | |
| ) | |
| **KENNETH KEITT,** ) | |
| ) | |
| **Defendant.** ) | |

### JOINT MOTION FOR SCHEDULING ORDER

In anticipation of the status conference scheduled with the Court on September 14, 2007, and in accordance with Rules 12 and 16 of the Federal Rules of Criminal Procedure and the Local Criminal Rules of this Court, the United States and defendant Kenneth Keitt ("Defendant"), through their undersigned counsel, respectfully move the Court to adopt a scheduling order in conformance with the attached proposed scheduling order. Upon the Court's ruling on defendant's pretrial motions, Mr. Keitt will file a waiver of the Speedy Trial Act to accommodate the proposed schedule.

DATED this 13th day of September, 2007.

Respectfully submitted,

_____         _____
JOHN F. TERZAKEN, III (D.C. Bar # 474025)   STEVEN J. McCOOL (D.C. Bar # 429369)
MARK W. PLETCHER                             MALLON & McCOOL, LLC
Trial Attorneys, Antitrust Division          1776 K Street, N.W., Suite 200
U.S. Department of Justice                   Washington, D.C.  20006
1401 H Street, N.W., Suite 3700              Telephone:    (202) 393-7088
Washington, D.C.  20530                      Facsimile:    (202) 293-3499
Telephone: (202) 307-6186 / (202) 307-0719   Email:  smccool@mallonandmccool.com
Facsimile:   (202) 514-6525
E-mail: john.terzaken@usdoj.gov/             *Counsel for Kenneth Keitt*
           mark.pletcher@usdoj.gov

–2–

CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of September 2007, the foregoing Joint Motion for Scheduling Order was filed electronically and to the best of my knowledge, information and belief, counsel for defendant Kenneth Keitt will be notified through the Electronic Case Filing System.

 s/ John Terzaken
JOHN F. TERZAKEN, III
D.C. Bar # 474015
Trial Attorney, Antitrust Division
U.S. Department of Justice
1401 H Street, N.W., Suite 3700
Washington, D.C. 20530
Telephone: (202) 307-0719
Facsimile: (202) 514-6525
E-mail: john.terzaken@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Criminal No. 07-041 (RJL)** |
| v. | ) | |
| | ) | |
| **KENNETH KEITT,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**[PROPOSED] SCHEDULING ORDER**

In accordance with Rules 12 and 16 the Federal Rules of Criminal Procedure and the Local Criminal Rules of this Court, and after consultation with counsel for the United States and defendant Kenneth Keitt ("Defendant"), the Court sets the following schedule for the above-captioned matter:

| | |
|---|---|
| Pre-Trial Motions | November 2, 2007 |
| Oppositions/Responses | November 23, 2007 |
| Replies | December 3, 2007 |
| Hearing on Pre-Trial Motions | December 10, 2007 |
| Ruling on Pre-Trial Motions | December 19, 2007 |
| Parties Exchange Witness Lists and Exhibits | January 4, 2008 |
| Proposed Voir Dire Questions and Jury Instructions | January 15, 2008 |
| Pre-Trial Conference | January 30, 2008 |
| Trial | February 18, 2008 |

–4–

The parties shall refer to the Federal Rules of Criminal Procedure and the Local Criminal Rules of this Court for the scheduling of matters not otherwise expressly addressed by this Order.

Dated this ___ day of September, 2007.

                IT IS SO ORDERED

                _____
                THE HONORABLE RICHARD J. LEON
                UNITED STATES DISTRICT COURT JUDGE