# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 07-041 (RJL) |
| ) | |
| KENNETH KEITT ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING

Kenneth Keitt, by and through undersigned counsel, submits the following scheduling order for the Court's consideration.

Respectfully submitted,

_____/s/_____
STEVEN J. McCOOL
D.C. Bar No. 429369
MALLON & McCOOL, LLC
1776 K Street, N.W., Suite 200
Washington, D.C. 20006
(202) 393-7088 (Telephone)
(202) 293-3499 (Facsimile)

Counsel for Kenneth Keitt

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th of September 2007, the foregoing was served by electronic filing upon:

John Terzaken
Mark Pletcher
U.S. Department of Justice
Antitrust Division
1401 H Street, N.W., Suite 3700
Washington, D.C.  20530


_____/s/_____
Steven J. McCool

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 07-041 (RJL) |
| v. ) | |
| ) | |
| KENNETH KEITT, ) | |
| ) | |
| Defendant. ) | |

## SCHEDULING ORDER

In accordance with Rules 12 and 16 the Federal Rules of Criminal Procedure and the Local Criminal Rules of this Court, and after consultation with counsel for the United States and defendant Kenneth Keitt ("Defendant"), the Court sets the following schedule for the above-captioned matter:

| | |
|---|---|
| Pre-Trial Motions | November 2, 2007 |
| Oppositions/Responses | November 23, 2007 |
| Replies | December 3, 2007 |
| Parties Exchange Witness Lists and Exhibits | January 4, 2008 |
| Proposed Voir Dire Questions and Jury Instructions | January 4, 2008 |
| Pre-Trial Conference | January 14, 2008 |
| Trial | February 19, 2008 |

–2–

The parties shall refer to the Federal Rules of Criminal Procedure and the Local Criminal Rules of this Court for the scheduling of matters not otherwise expressly addressed by this Order.

Dated this ___ day of September, 2007.

                IT IS SO ORDERED


                _____
                THE HONORABLE RICHARD J. LEON
                UNITED STATES DISTRICT COURT JUDGE