FILED

SEP 28 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 07-041 (RJL) |
| v. | ) | |
| | ) | |
| KENNETH KEITT, | ) | |
| | ) | |
| Defendant. | ) | |

## SCHEDULING ORDER

In accordance with Rules 12 and 16 the Federal Rules of Criminal Procedure and the Local Criminal Rules of this Court, and after consultation with counsel for the United States and defendant Kenneth Keitt ("Defendant"), the Court sets the following schedule for the above-captioned matter:

| | |
|---|---|
| Pre-Trial Motions | November 2, 2007 |
| Oppositions/Responses | November 23, 2007 |
| Replies | December 3, 2007 |
| Parties Exchange Witness Lists and Exhibits | January 4, 2008 |
| Proposed Voir Dire Questions and Jury Instructions | January 4, 2008 |
| Pre-Trial Conference | January 14, 2008 @ 10:30 AM |
| Trial | February 19, 2008 @ 10:00 AM |

-1-

-2-

The parties shall refer to the Federal Rules of Criminal Procedure and the Local Criminal Rules of this Court for the scheduling of matters not otherwise expressly addressed by this Order.

Dated this 27th day of September, 2007.

IT IS SO ORDERED

_____
THE HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT COURT JUDGE