**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| v. | ) | **Criminal No. 07-041 (RJL)** |
| | ) | |
| | ) | |
| **KENNETH KEITT** | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT KEITT'S MOTION FOR NOTICE OF GOVERNMENT'S
INTENTION TO INVOKE RESIDUAL HEARSAY EXCEPTION UNDER RULE 807
AND INCORPORATED MEMORANDUM OF POINTS AND AUTHORITIES**

Defendant Kenneth Keitt, by and through undersigned counsel, pursuant to Rule 807 of the Federal Rules of Evidence, respectfully moves the Court for an order requiring the government to provide notice of its intent to offer any statement, not specifically covered by the hearsay exceptions, but allegedly having equivalent circumstantial guarantees of trustworthiness, and to provide notice of the particulars of the statement, including the name and address of the declarant.

Rule 803 of the Federal Rules of Evidence sets forth specific hearsay exceptions even though the declarant is available as a witness. Rule 804 sets forth specific exceptions applicable when a declarant is unavailable as a witness. Rule 807 is a residual hearsay exception for the admission of a statement not specifically covered by any of the exceptions listed in Rule 803 and Rule 804(b). As a prerequisite for admitting a statement under Rule 807, however, a proponent is required to meet the following standard:

> [A] statement may not be admitted under this exception unless the proponent of it *makes known to the adverse party sufficiently in advance of the trial or hearing to provide the adverse party with a fair opportunity to prepare to meet it*, the proponent's intention to offer the statement and the particulars of it, including the name and address of the declarant.

Fed. R. Evid. 807 (emphasis added).

    By this motion, it is Mr. Keitt's intention to place the government on notice that we seek advance notice of any such statement and the particulars of it, including the name and address of the declarant.

                                                    Respectfully submitted,

                                        _____/s/_____
                                        STEVEN J. McCOOL
                                        D.C. Bar No. 429369
                                        MALLON & McCOOL, LLC
                                        1776 K Street, N.W.
                                        Suite 200
                                        Washington, D.C. 20006
                                        (202) 393-7088

                                        Counsel for Kenneth Keitt

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of November 2007, the foregoing Motion for Notice of Government's Intention to Invoke Residual Hearsay Exception under Rule 807, Incorporated Memorandum of Points and Authorities, and the attached proposed Order were served by electronic filing upon:

John Terzaken
Mark Pletcher
U.S. Department of Justice
Antitrust Division
1401 H Street, N.W., Suite 3700
Washington, D.C.  20530


                                          _____/s/_____
                                          STEVEN J. McCOOL