**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.  07-041 (RJL) |
| | ) | |
| KENNETH KEITT | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT KENNETH KEITT'S MOTION TO EXCLUDE WITNESSES
PRIOR TO AND DURING THE TRIAL OF THIS CASE AND TO DISCLOSE ALL
INSTANCES WHERE WITNESSES WERE INTERVIEWED JOINTLY AND
INCORPORATED MEMORANDUM OF POINTS AND AUTHORITIES**

Defendant Kenneth Keitt, by and through undersigned counsel, respectfully moves this Court pursuant to the Rule 615 of the Federal Rules of Evidence, to exclude witnesses prior to and during the trial of this case.  In addition, Mr. Keitt requests the Court to order the government to disclose the time, dates, and locations of all instances where government and/or civilian witnesses were interviewed jointly.  Mr. Keitt also asks the Court to order the government to disclose all documents relating to these joint interviews.  Finally, Mr. Keitt requests a hearing on this matter so that he can examine all individuals who participated in any joint interviews.  In support of his motion, Mr. Keitt submits the following.

Rule 615 of he Federal Rules of Evidence states that "[a]t the request of a party the court shall order witnesses excluded so that they cannot hear the testimony of other witnesses. . . ." Mr. Keitt now makes this request.

The purpose of this rule is to discourage and expose "fabrication, inaccuracy, and collusion." F.R.E. 615, Advisory Committee Notes.  The underlying principle of this rule would be eviscerated if the government were allowed to do pretrial what it is clearly forbidden from doing during the course of the trial in this case.  Therefore, the government ought to disclose the

requested information so that Mr. Keitt can determine the extent of the prejudice arising from joint interviews.

    WHEREFORE, for the foregoing reasons and any others which may appear to the Court following an evidentiary hearing, Mr. Keitt requests the Court to grant the relief sought herein.

    Respectfully submitted,

_____/s/_____
STEVEN J. McCOOL
D.C. Bar No. 429369
MALLON & McCOOL, LLC
1776 K Street, N.W.
Suite 200
Washington, D.C. 20006
(202) 393-7088

Counsel for Kenneth Keitt

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 2, 2007, a copy of the foregoing Defendant Kenneth Keitt's Motion to Exclude Witnesses Prior to and During the Trial of this Case and to Disclose All Instances Where Witnesses Were Interviewed Jointly and Incorporated Memorandum of Points and Authorities and attached proposed Order were served by electronic filing upon:

John Terzaken
Mark Pletcher
U.S. Department of Justice
Antitrust Division
1401 H Street, N.W., Suite 3700
Washington, D.C.  20530

_____/s/_____
STEVEN J. McCOOL

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **Criminal No.  07-041 (RJL)** |
| ) | |
| **KENNETH KEITT** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Upon consideration of Defendant Keitt's Motion to Exclude Witnesses Prior to and During the Trial of this Case and to Disclose All Instances Where Witnesses Were Interviewed Jointly, the government's response thereto, and the entire record in this matter, it is this ____ day of November 2007, hereby

**ORDERED**, that Defendant Keitt's motion is granted.

---

THE HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT JUDGE