**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Criminal No. 07-041 (RJL)** |
| | ) | |
| **KENNETH KEITT** | ) | |
| **Defendant.** | ) | |

## ENTRY OF APPEARANCE

Defendant Kenneth Keitt, by and through undersigned counsel, hereby moves this Honorable Court to enter the appearance of Daniel McNamara, Esquire to represent him in the above-captioned case.

Respectfully submitted,

_____/s/_____
DANIEL McNAMARA
D.C. Bar No. 494837
MALLON & McCOOL, LLC
1776 K Street, N.W., Suite 200
Washington, D.C. 20006
(202) 393-7088

Counsel for Kenneth Keitt

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of December 2007, the foregoing was filed electronically and to the best of my knowledge, information and belief, government counsel will be notified through the Electronic Case Filing System.

_____/s/_____
DANIEL McNAMARA