IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No.  07-041 (RJL) |
| | ) | |
| | ) | |
| KENNETH KEITT | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S REPLY TO THE GOVERNMENT'S RESPONSE TO HIS MOTION
TO DISMISS THE INDICTMENT ON THE BASIS OF SELECTIVE PROSECUTION**

Defendant Kenneth Keitt, by and through his undersigned counsel, respectfully submits the following reply to the Government's Response to his Motion to Dismiss the Indictment on the Basis of Selective Prosecution.

On November 2, 2007 the Government filed two motions in this case.  One of those was a Motion *In Limine* to Preclude Evidence and Argument Aimed at Jury Nullification.  *See* Document No. 22.  This motion sought, in part, to preclude arguments to the jury based upon Mr. Keitt's "physical and financial characteristics." *Id.* at 1.  The Government now seeks to convince this Court that that motion was not related to race, but was instead aimed at arguments related to Mr. Keitt's 2000 diagnosis for prostate cancer and 2005 back surgery.  Document No. 46, at 3-4.  The notion that the Government was legitimately concerned that these medical problems, which are several years old and now largely resolved, would form the basis for a nullification argument is simply not worthy of belief.  The Government's attempt to misdirect this Court from the true reason for filing its motion is further evidence that race was an issue when the charging decisions in this case were made.

The Government's effort to use Wilhelm DerMinassian's prosecution as cover for its

1

selective prosecution of Mr. Keitt also fails. Mr. DerMinassian's prosecution was the catalyst for a much larger investigation. This investigation led to a number of people whose actual conduct was equal to, or worse than, the thin allegation brought against Mr. Keitt. The Government took the information gathered from the DerMinassian investigation and chose to charge only an African-American, while giving a pass to the non African-Americans who were identified in our motion to dismiss. The only logical conclusion is that the Government had a discriminatory purpose when it chose to prosecute Mr. Keitt. The discriminatory effect is equally clear; Mr. Keitt alone faces charges.

      The Government compounds the injustice of its selective prosecution by arguing that Mr. Keitt is not entitled to discovery on these matters. In *United States v. Armstrong,* 517 U.S. 456, 468 (1996) the Supreme Court contemplated the "evidentiary obstacles that defendants face" in presenting race-based evidence of selective prosecution, but in the end concluded that such a task was not "insuperable." In this case Mr. Keitt does have an "insuperable" task of trying to present evidence that is exclusively in the hands of the Government. Discovery is the only remedy for this.

      At a minimum, Mr. Keitt has made a showing that race was on the Government's mind and that its charging decisions show great racial disparity. This alone is enough of a showing to entitle Mr. Keitt to discovery. *See United States v. Folkers*, 2007 U.S. Dist. Lexis 14724, 13 – 14(D. Kan. 2007)(discussing that defendant is entitled to discovery if he presents some evidence tending to show the essential elements of his selective prosecution claim).

For the reasons given in this reply and those given in the memorandum in support of defendant's motion to dismiss for selective prosecution, or in the alternative, for discovery on that issue, Mr. Keitt respectfully requests that the Indictment be dismissed or, in the alternative, the discovery requested be granted.

                                        Respectfully submitted,

                                        _____/s/_____
                                        DANIEL T. McNAMARA
                                        D.C. Bar No. 494834
                                        STEVEN J. McCOOL
                                        D.C. Bar No. 429369
                                        MALLON & McCOOL, LLC
                                        1776 K Street, N.W., Suite 200
                                        Washington, D.C. 20006
                                        (202) 393-7088

                                        Counsel for Kenneth Keitt

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of December 2007, the foregoing Reply to Government's Response to Motion to Dismiss the Indictment on the Basis of Selective Prosecution was served by electronic filing upon:

John Terzaken
Mark Pletcher
U.S. Department of Justice
Antitrust Division
1401 H Street, N.W., Suite 3700
Washington, D.C.  20530

_____/s/_____
DANIEL T. McNAMARA

4