IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 07-041 (RJL) |
| ) | |
| KENNETH KEITT ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT KENNETH KEITT'S MOTION TO CONTINUE
THE FEBRUARY 19, 2008 TRIAL DATE AND INCORPORATED MEMORANDUM**

Kenneth Keitt, by and through his undersigned attorney and for good cause, moves this Honorable Court to continue the trial of the above-captioned case, which is currently scheduled for February 19, 2008. In support of this motion, Mr. Keitt submits the following.

1. By Order dated September 27, 2007, this Court scheduled the trial of this case to begin on February 19, 2008.

2. By Federal Express, on December 14, 2007, the government produced thirty-seven (37) CD-ROMs of discovery materials to undersigned counsel. *See* Exhibit 1 (December 14, 2007 Letter from John Terzaken to Steven McCool).

3. Counsel has determined that these CD-ROMs contain approximately 16.5 gigabytes ("GB") of computer data, including, among other things, emails written by Mr. Keitt.

4. Each GB of computer data can produce anywhere from 70,000 to 100,000 pages of documents, depending on the compression and type of data. A conservative estimate of the total amount of data on the 37 CD-ROMs amounts to more than 1,155,000 pages on the low end and 1,650,000 pages on the high end. Counsel will need to the assistance of an expert to determine the exact number of pages.

5. Counsel will also need the assistance of an expert to determine if this data can be loaded into counsel's litigation support computer program in a searchable format.

6. The government represents, and counsel accepts, that it inadvertently omitted to include these materials in an earlier production. *Id*. While the government goes on to state that these materials are not relevant to the present matter, undersigned counsel must make that determination on behalf of Mr. Keitt.

7. Undersigned does not have the resources to review the latest discovery production in advance of trial. It is not possible for counsel to review these materials, adequately prepare for a February 19, 2008 trial date, and fulfill his other court obligations. Counsel has allocated the most of January and February 2008 to trial preparation; however, during this period, counsel has a reply brief due in the District of Columbia Court of Appeals, pretrial conferences in two civil cases, a deposition and a sentencing hearing in the United States District Court for the Eastern District of Virginia.

8. Undersigned counsel does not make motion this without due consideration. It is certainly counsel's practice to adhere to court schedules. However, in order to make sure that Mr. Keitt is effectively represented at trial, counsel is required to seek the relief sought herein.

9. Attempts were made on December 27 and 28, 2007 to contact John Terzaken to ascertain the government's position on Mr. Keitt's motion for a continuance of the trial date, but undersigned counsel was unsuccessful in reaching Mr. Terzaken.

Wherefore, for all of the aforementioned reasons, Mr. Keitt respectfully requests the Court to continue the trial of this case.

Respectfully submitted,

_____/s/_____
STEVEN J. McCOOL
D.C. Bar No. 429369
MALLON & McCOOL, LLC
1776 K Street, N.W., Suite 200
Washington, D.C. 20006
(202) 393-7088

Counsel for Kenneth Keitt

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of December 2007, the foregoing Defendant's Motion to Continue the February 19, 2008 Trial Date, Incorporated Memorandum and the attached Proposed Order were served by electronic filing upon:

John Terzaken
Mark Pletcher
U.S. Department of Justice
Antitrust Division
1401 H Street, N.W., Suite 3700
Washington, D.C. 20530


　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　STEVEN J. McCOOL



U.S. Department of Justice

Antitrust Division

*City Center Building*
*1401 H Street, NW, Suite 3700*
*Washington, DC 20530*

December 14, 2007

VIA FEDERAL EXPRESS

Steven J. McCool
Mallon & McCool, LLC
1776 K Street, N.W., Suite 200
Washington, D.C. 20006

      Re: <u>United States v. Kenneth Keitt</u>, Criminal No. 07-041 (RJL) (D.D.C.)

Dear Mr. McCool:

      Enclosed please find copies of CDs that were inadvertently omitted from the batch of electronic materials we copied for you some months ago. These documents were produced by Dunn Engineering and we do not believe they are relevant to the present matter. Nonetheless, consistent with our open file approach to discovery in this matter, we are providing you with copies of these CDs.

      Also, in response to your letter of December 13, 2007, we have made arrangements with your vendor to copy DCDOT Box 09 and DMJM Box 19 at your expense and to deliver those copies to you directly. Please note that the materials contained in DCDOT Box 09 and DMJM Box 19 are covered by the protective order entered by the Court on March 28, 2007.

      Sincerely,

      John Terzaken
      National Criminal Enforcement Section

Enclosures

EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **Criminal No. 07-041 (RJL)** |
| ) | |
| **KENNETH KEITT** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER**

Upon consideration of Defendant Kenneth Keitt's Motion to Continue the February 19, 2008 Trial Date, his Incorporated Memorandum, the government's response thereto, and the entire record in this matter, it is this _____ day of December 2007, hereby

**ORDERED**, that Defendant Keitt's motion is granted; and it is further

**ORDERED**, that the trial in the above-captioned case shall begin on: _____.

_____
THE HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT COURT JUDGE