**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Criminal No.  07-041 (RJL)** |
| | ) | |
| | ) | |
| **KENNETH KEITT** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S MOTION TO USE A JUROR QUESTIONNAIRE
AND INCORPORATED MEMORANDUM OF POINTS AND AUTHORITES**

Kenneth Keitt, by and through undersigned counsel, respectfully moves this Court to use a juror questionnaire to facilitate and expedite the *voir dire* process.  In support of this motion Mr. Keitt submits the following.

If Mr. Keitt is to receive a fair trial by a panel of impartial and indifferent jurors as required by the Sixth Amendment's right to a jury trial, it is critical that the information available to the Court, the prosecution and the defense regarding potential jurors be thorough and accurate. *See, e.g., Irvin v. Dowd*, 366 U.S. 717, 722 (1961)(describing right to a fair, impartial, and indifferent jury). This Court has broad discretion to control *voir dire* questioning and to adopt *voir dire* procedures that will be the most efficient, effective, and accurate procedures for a particular case.  *Brown v. United States*, 338 F.2d 543 (D.C. Cir.1964)(discussing the court's broad discretion in relation to *voir dire* questioning).

In cases that have been the subject of pre-trial publicity, such as the present case (*see* Exhibits 1 & 2), trial courts often rely upon written questionnaires to supplement oral *voir dire* in an effort to streamline the *voir dire* process and increase the accuracy of responses to *voir dire* questions. *See, e.g., United States v. Riddle*, 249 F.3d 529, 533 (6th Cir. 2001)("The prospective

jurors then completed under oath a questionnaire . . . developed with the input of defense counsel."); *United States v. Tocco*, 200 F.3d 401, 411 (6th Cir. 2000), *cert. denied,* 537 U.S. 883 (2002)("The district court asked the prospective jurors to answer the following in the juror questionnaire . . . ."). Juror questionnaires have been used in this jurisdiction. *See, e.g., United States v. David Safavian,* Criminal Case No. 05-370 (PLF); *United States v. Rodney Moore, et al.*, Criminal Case No. 00-157 (RCL) and *United Sates v. Maria Hsia*, Criminal Case No. 98-0057 (PLF).

The use of a juror questionnaire facilitates and expedites the *voir dire* process and yields more accurate, detailed, and useful information than oral *voir dire* alone for empanelling a fair and impartial jury. The Court and the parties must be assured that prospective jurors will be capable of judging this case on the evidence presented, rather than any unrevealed biases -- such as distrust of the District of Columbia government, distrust of government contractors or issues relating to the terrorist attacks of September 11.[1]

Accomplishing the necessary screening in a thorough manner through oral *voir dire* alone would be unduly burdensome and time consuming for the Court and the potential jurors. Finally, oral *voir dire* alone would unlikely yield accurate responses because of the social pressure to provide responses before a group that make one appear to be a fair-minded individual. *See, United States v. Blanton*, 719 F.2d 815, 837 (6th Cir. 1983)("It is also a fair observation that many, if not most jurors prefer to remain as inconspicuous as possible during *voir dire*. This is only natural. . . . Volunteering answers to questions put only generally to the venire *en masse* comes hard for most jurors.") (Engel, J., *dissenting*). Written responses on a questionnaire, completed in private, are likely to yield more honest and accurate information. *Id.* at 843.

---

[1]The Indictment makes reference to the events of "September 11, 2001." Mr. Keitt's motion to strike this reference as surplusage is pending before the Court.

A proposed juror questionnaire is attached hereto as Exhibit 3. An earlier draft was provided to the government. The government could contribute its own questions for the Court to decide whether they should be incorporated into this questionnaire. The questionnaire has been constructed in an effort to provide information that will be useful to the Court and to all of the parties for identifying prospective jurors who may require additional questioning on particular topics. The questionnaire has also been constructed in an effort to fairly provide all parties with information that may be useful for the informed and intelligent exercise of peremptory strikes so that peremptory strikes are not based merely upon hunches or stereotypes.

At the Court's discretion, the juror questionnaire could be administered either (1) by mail in advance of trial or (2) in the courthouse prior to jury selection. If administered by mail, the juror questionnaire would be sent to each member of the venire at the time they are sent instructions to report to the Court for jury duty in this case. The questionnaire would be accompanied by instructions and a return envelope so that the potential jurors could complete the questionnaire on their own time and return the questionnaire to the Court in advance of trial. Each questionnaire would be made available to all trial counsel for copying upon receipt by the Court. If administered in open court, the juror questionnaire would be distributed to the venire when they arrive for jury duty. After the questionnaires are completed, copies of all the questionnaires would be made for the Court and trial counsel. The Court and trial counsel would then be provided with time to review the completed questionnaires before the Court's oral *voir dire* begins.

Wherefore, Mr. Keitt respectfully requests that that the instant motion be granted.[2]

Respectfully submitted,


_____/s/_____
STEVEN J. McCOOL
D.C. Bar No. 429369
MALLON & McCOOL, LLC
1776 K Street, N.W., Suite 200
Washington, D.C. 20006
(202) 393-7088

Counsel for Kenneth Keitt

---

[2]This questionnaire is offered with the understanding that the defendant preserves and does not waive any issues raised in any pre-trial motions.  Mr. Keitt reserves the right to modify and/or supplement these questions to address issues raised by the government's proposed *voir dire*, the Court's rulings, or subsequent arguments or proceedings.

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 28th day of April 2008, the foregoing Defendant's Motion for

Juror Questionnaire, Incorporated Memorandum of Points and Authorities, attached Exhibits and

proposed Order were served by electronic filing upon:

John Terzaken
Mark Pletcher
U.S. Department of Justice
Antitrust Division
1401 H Street, N.W., Suite 3700
Washington, D.C.  20530


_____/s/_____
STEVEN J. McCOOL



# Department of Justice



**EXHIBIT**

1

FOR IMMEDIATE RELEASE
FRIDAY, FEBRUARY 23, 2007
WWW.USDOJ.GOV

A`
(202) 514-200
TDD (202) 514-188

## FORMER EXECUTIVE CHARGED WITH PROVIDING AN ILLEGAL GRATUITY TO D.C. PUBLIC OFFICIAL

WASHINGTON — A federal grand jury in Washington, D.C. today indicted a former vice president of a transportation contractor with providing an illegal gratuity to a former D.C. transportation official, the Department of Justice announced.

According to the indictment filed in the U.S. District Court in Washington, D.C., Kenneth Keitt, while employed as vice president of DMJM+Harris Inc. (DMJM), gave $6,900 to the former associate director of the Traffic Services Administration (TSA) of the D.C. Department of Transportation (DOT) in efforts to reward past official acts and influence future acts. The alleged actions took place from October 2001 to about December 2001. At the time, the TSA and DMJM, a traffic engineering firm, were engaged in a transportation contract worth about $12.9 million and were discussing additional future contracts. The former associate director of TSA was responsible for the provision of millions of dollars worth of emergency traffic services for D.C. after the terrorist attacks of Sept. 11, 2001.

Keitt gave money to the former associate director of TSA in exchange for favorable treatment in administering, overseeing and continuing the contract with DMJM, the Department alleged in court papers.

"It is illegal to pay a government official to subvert the competitive process," said Thomas O. Barnett, Assistant Attorney General in charge of the Department's Antitrust Division. "Today's indictment demonstrates the Antitrust Division's resolve to hold accountable individuals who engage in anticompetitive practices."

Today's charge, a violation of 18 U.S.C. § 201, carries a maximum fine of $250,000, two years of imprisonment, or both. In addition, a person convicted under this statute may be ordered to make full restitution to his or her victim(s) for any losses incurred.

Today's indictment is part of an ongoing investigation being conducted by the Antitrust Division's National Criminal Enforcement Section with the assistance of the Washington Field Offices of the United States Department of Transportation, Office of the Inspector General, and the Federal Bureau of Investigation.

The Antitrust Division's ongoing investigation has already yielded guilty pleas from Wilhelm

Former Executive Charged with Providing an Illegal Gratuity to D.C. Public Official

DerMinassian of the D.C. DOT and another transportation contractor, Dunn Engineering Associates P.C. On April 11, 2005, DerMinassian pleaded guilty to engaging in a scheme to deprive D.C. and its citizens of their right to DerMinassian's honest services as a public official and to receiving an illegal gratuity. DerMinassian is currently serving a 30-month jail sentence and is required to pay a $50,000 criminal fine and to make restitution to D.C. in the amount of $50,000. Also, on April 11, 2005, Dunn Engineering pleaded guilty to providing DerMinassian with an illegal gratuity and was sentenced to pay a criminal fine of $75,000.

Anyone with information concerning anticompetitive activities involving administration of the government of the District of Columbia should contact the Antitrust Division's National Criminal Enforcement Section at 202-307-6694.

### 

07-109

# DISTRICT BRIEFING

Saturday, February 24, 2007; Page B04

**PAYOFF INDICTMENT**

### Traffic Firm Officer Accused Of Giving City Official Money

The former vice president of a traffic engineering firm was charged yesterday with paying an illegal gratuity to a D.C. official who oversaw a $12.9 million contract with the executive's company.

In an indictment handed up by a federal grand jury in the District, Kenneth Keitt is accused of paying a District employee $6,900 in 2001.

SAVE & SHARE ARTICLE    What's This?

| | |
|---|---|
| Digg | Google |
| del.icio.us | Yahoo! |
| Reddit | Facebook |

The official, Wilhelm DerMinassian, pleaded guilty earlier to federal charges of defrauding the D.C. government and receiving an illegal gratuity. DerMinassian, who was an associate director of the D.C. Department of Transportation from 2000 to 2003, oversaw traffic services. He was accused of receiving gifts from Keitt and another traffic engineering company, Dunn Engineering Associates, which has pleaded guilty in the case.

Keitt worked for DMJM+Harris Inc., which received a contract with the city in 2000. DerMinassian had the power to cancel the contract and was in a position to urge the city to give the company additional business, prosecutors said. Keitt provided the $6,900 to curry favor, the indictment alleges. DerMinassian was sentenced to 30 days in jail and ordered to pay $100,000 in fines and restitution.

**-- Henri E. Cauvin**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Criminal No.  07-041 (RJL)** |
| | ) | |
| | ) | |
| **KENNETH KEITT** | ) | |
| | ) | |
| **Defendant.** | ) | |

### JUROR QUESTIONNAIRE

This juror questionnaire has been prepared for your completion, and has been approved by the Court. Please answer each question as completely and accurately as you reasonably can. Your complete written answers will save a great deal of time for the judge, the lawyers, and for you.  Your answers will have the effect of a statement given to the Court under oath.  Your very best, honest effort to answer the questions is needed. There are no right or wrong answers to any of the questions, please answer thoughtfully, thoroughly, and candidly.

If there is not sufficient space provided for you to write your full answer, there are blank pages at the end of the questionnaire. When you need to do so, continue your answer on one of those pages.

For some of the questions, limited follow up questions by the Court or the attorneys may be necessary. If there is any question that you would not like to discuss publicly, or would only want to discuss further in private, please place an (*) by that question and/or answer.  If it is necessary to discuss that matter further with you, it will not be done in front of other jurors.

Juror Number _____

1. Name _____

2. Address _____

   _____

   a) How long have you lived at your present address?

   _____

   b) Where else have you lived in the past 10 years?

   _____

   _____

3. What is your race or ethnic background?

   _____

4. What is your age?

   _____

5. What is your current marital status? If married, what is your spouse's full name?

   _____

6. Where did you grow up?

   _____

7. What is your last grade of school completed?

   _____

8. If you attended any schools, colleges or universities past high school, please list the name(s)

   of the school(s), major area(s) of study, and any degrees received.

   School                      Area of Study                  Degree

   _____

_____

9.   Are you currently enrolled in any classes? If yes where, and what classes?

_____

_____

10.  Do you have difficulty reading, speaking or understanding the written or spoken English

language? If yes, please explain.

_____

_____

11.  Do you have any significant problems with your hearing or eyesight?  If yes, please explain.

_____

_____

12.  Do you take any medication that affects your thinking, attention, concentration, or might

otherwise affect your service as a juror? If yes, please explain.

_____

_____

13.  Do you have any health, physical, mental, or emotional problems that might affect your

ability to see and listen to witnesses, review exhibits, or might otherwise affect your service

as a juror? If yes, please explain.

_____

_____

14. This trial is scheduled to begin on May 14, 2008 and is expected to last approximately two weeks. Is there any reason that you could not sit as a juror for that length of time? If yes, please explain.

_____

_____

15. Are you currently employed? _____

16. If you are chosen to sit on this jury, will your employer continue to pay you? _____

17. If you are currently employed, please provide the following information about your job:

a) How many hours a week do you work?

_____

b) Who is your employer?

_____

c) What are your main job duties?

_____

_____

d) How long have you worked for this employer?

_____

e) Do you supervise others? If yes, how many?

_____

f) Please describe any other jobs you had in the past 10 years.

_____

_____

_____

18. If you are NOT currently employed, please provide the following information about your

    most recent job:

    a) Who was your employer?

    _____

    b) What were your main job duties?

    _____

    _____

    c) How long did you worked for this employer?

    _____

    d) When did you last work?

    _____

    e) Did you supervise others?  If yes, how many?

    _____

    f) Please describe any other jobs you have had in the past 10 years.

    _____

    _____

    _____

19. If currently married or living with a partner, please list spouse/partner's occupation and

    employer if employed.

    _____

    _____

    a) What other jobs has your spouse/partner had in the past 10 years?

    _____

_____

_____

20. If you are divorced, widowed or separated, please list former spouse/partner's employment

when last you were together.

_____

a) What other jobs did your former spouse/partner have in the past 10 years?

_____

_____

_____

21. What is/was your father's occupation?

_____

22. What is/was your mother's occupation?

_____

23. Have you had any education, training, work or volunteer experience in any of the following

areas:

[ ] Accounting/Auditing [ ] Banking [ ] Bookkeeping [ ] Business [ ] Ethics [ ] Finance [ ]

Government [ ] Government Contracting [ ] Law [ ] Law Enforcement [ ] Management [ ]

Media (for example: TV, radio, newspapers) [ ] Medicine [ ] Politics [ ] Prisons/Correctional

Facilities [ ] Religion [ ] Engineering [ ] Information Technology

If you checked yes to any of the above, please explain your experience.

_____

_____

24.  If you have adult children or stepchildren, please list their occupations and employers, if working.

     Child's Name          Age             Job/Employer

_____

_____

_____

_____

25. Are any of your close friends or relatives lawyers?  _____ Yes _____ No

26. If any of your close friends or relatives are lawyers, please list their names below, describing their relationship to you and their practice area. (Example: John Doe – Brother – Transactional Lawyer; Jane Roe – Best Friend – Divorce Lawyer.)

_____

_____

27. Have you ever served as a trial juror? _____ Yes _____ No

If yes, please answer the following:

a) How many times?

_____

b) When?

_____

 c) Where?

_____

_____

d) What kind(s) of cases?

_____

e) Were you ever the foreperson?

_____

f) In all cases, did the jury reach a verdict?

_____

28. Have you ever served as a grand juror? _____ Yes _____ No

   If yes, when and where?

_____

_____

_____

29. Have you, or has anyone close to you, ever been employed in local, state, or federal law
   enforcement, or worked or volunteered *in any capacity* for a law enforcement agency?  If
   yes, please explain.

_____

_____

30. Have you, or has anyone close to you, ever been employed by a prosecutor's office, or have
   you worked or volunteered *in any capacity* for a prosecutorial agency or office or a criminal
   defense law firm? If yes, please explain.

_____

_____

31. Have you, or has anyone in your immediate family or household ever applied for a job with a law enforcement agency, prosecutorial agency, criminal defense law firm, or a correctional facility? If yes, please explain.

_____

_____

32. Have you ever worked, volunteered, or given contributions to any organizations that assist crime victims, or deal with victims' rights? If yes, please explain.

_____

_____

33. Have you, or has any member of your immediate family, or any close friend ever (check all that apply):

[ ] Been a victim of a crime?

[ ] Been a witness to any crime?

[ ] Appeared as a witness before any federal, state, or municipal court, grand jury, or government body or agency (including any legislative committee)?

[ ] Been a plaintiff or defendant in any civil case?

[ ] Been a defendant in a criminal case?

[ ] Been arrested for or accused of a crime?

[ ] Ever participated in a criminal case in any other capacity?

If you checked any of the above, please explain.

_____

_____

_____

34. What is your opinion of lawyers who prosecute individuals or companies charged with crimes?

_____

_____

_____

35. What is your opinion of criminal defense attorneys?

_____

_____

_____

36. Do you belong to any professional, political, religious, community, civic, sports, or social organizations of which you are a member or activities in which you participate?  If yes, please list and describe.

_____

_____

a) In addition, please list any organizations to which you contribute money or volunteer time.

_____

_____

37. Do you belong to any group or organization active in law enforcement, crime prevention or rehabilitative matters? (i.e., Mothers Against Drunk Driving, the American Civil Liberties Union, Alcoholics Anonymous, Narconan, Cocaine Anonymous or any related or similar groups) If yes, please list and describe.

_____

_____

38. In general, which of the following categories best describes your political views:

[ ] Very Conservative [ ] Conservative [ ] Neutral [ ] Liberal [ ] Very Liberal [ ] Other

a) Do you belong to or identify with a political party?  If yes, which party?

_____

39. Have you ever worked or volunteered on a political campaign?  If yes, please tell which

campaign(s) and the capacity of your work.

_____

_____

40. Have you ever supported a candidate for political office by donating money, collecting

signatures, attending rallies, putting a sign in your yard, bumper sticker on your car, etc? If

yes, please tell which candidate(s) and campaign(s)? _____

_____

41. Have you ever supported or opposed any amendment or referendum that was on a ballot by

donating money, collecting signatures, attending rallies, putting a sign in your yard or

bumper sticker on your car, etc.? If yes, please explain.

_____

_____

42. Do you or does anyone in your household have any bumper stickers or decals on your vehicle

or a personalized license plate?  If yes, what does each say?

_____

_____

43. Do you attend religious services? _____ Yes _____ No

a)  Please name the place of worship that you attend.

_____

b)  Please tell us what activities you attend or responsibilities you hold in place of worship and how often you attend services.

_____

_____

44. Do you have any religious, moral or philosophical beliefs that would affect your ability to sit as a juror in a criminal case and be fair and impartial to both the government and defendant? If yes, please explain:

_____

_____

45. Are you currently or have you ever been in the military?  If yes, what branch and rank?

_____

46. If you have served in the military, have you ever been in combat?  _____ Yes _____ No

47. If you have served in the military, have you ever been involved in any way with military law enforcement, non-judicial punishments, courts martial, or administrative boards or hearings? _____ Yes _____ No

48. Have you, or has any member of your family or household ever worked for the District of Columbia, or one of its agencies, departments, or authorities?  If yes, please explain.

_____

_____

49. Have you, or has any member of your family or household ever worked for the U.S. government, or one of its agencies, departments or authorities? If yes, please explain.

_____

_____

50. Have you, or has any member of your family or household ever worked for, or *applied for a job* with *any* local, state or federal government? If yes, please explain.

_____

_____

_____

_____

51. Have you, or has anyone close to you, ever received a political appointment to an office, position, or board? If yes, please explain. _____

_____

a) Have you, or has anyone close to you, ever been involved in the process of making political appointments? If yes, please explain.

_____

_____

b) Have you ever been considered for a political appointment, but did not receive it?

_____

_____

52. Do you now or have you ever done any work that is subject to regular examinations or supervision by federal, state or local regulatory agencies, such as the FDIC, FEC, SEC, or any other regulatory agency? If yes, please explain. _____

_____

_____

53. Have you ever worked in any way in the area of auditing or corporate compliance? If yes, please explain. _____

_____

54. Have you, or has anyone close to you been affected by corporate wrongdoing on the part of corporate executives? If yes, please explain. _____

_____

_____

55. Do you believe that someone who has violated a corporate policy or guideline is guilty of a crime? Please explain. _____

_____

_____

56. Have you, or has anyone close to you, been affected by or close to any situation in which public officials accepted illegal gratuities, or participated in any other illegal or unethical conduct? If yes, please explain. _____

_____

_____

57. Have you followed any case or cases in the news that have to do with "public corruption" or illegal or unethical conduct by public or elected officials? If yes, which case(s) and what interested you about the case(s)? _____

_____

58. Do you believe that public officials should be held to a greater level of accountability than

others by the criminal justice system simply because they are public officials? Please explain

your answer. _____

_____

_____

59. Do you believe that government contractors (that is, those who have business dealings with

public officials) should be held to a greater level of accountability than others by the criminal

justice system simply because they have business dealings with public officials? Please

explain your answer.

_____

_____

_____

60. Please indicate which statement most closely matches your views about public officials:

[ ] Generally public officials are no more and no less honest than other people.

[ ] Generally, public officials are more honest that other people.

[ ] Generally, public officials are less honest than other people.

61. Please indicate which statement most closely matches your views about government

contractors:

[ ] Generally government contractors are no more and no less honest than other people.

[ ] Generally, government contractors are more honest that other people.

[ ] Generally, government contractors are less honest than other people.

62. Have you ever reported corporate wrongdoing? If yes, please explain. _____

_____

_____

63. Have you ever expressed your opinion on any topic by:

    a)  Writing a "letter to the editor"?  If yes, what was the topic(s)? _____

    _____

    b)  Calling in to a radio or television talk show? If yes, what was the topic(s)? _____

    _____

    c)  Posting on an internet forum, blog, or other internet site?  If yes, what was the topic(s)?

    _____

    _____

64. Have you ever collected names on a petition?  If yes, what was the subject of the petition?

    _____

    _____

65. Have you ever attended or participated in a "march", demonstration, or similar rally?  If yes,

    what was the cause or issue? _____

    _____

66. Have you ever called the police to report criminal activity? If yes, please explain.

    _____

    _____

67. Please check all sources from which you receive news on a regular basis:

    [ ] TV [ ] Radio [ ] Newspapers [ ] News magazines [ ] Internet [ ] Newsletters

    [ ] Conversations with others

a) What newspapers, newsletters or news magazines, if any, do you subscribe to or read on a

   regular basis?

Title                                            How Frequently Read

_____

_____

_____

b) What TV stations or programs do you usually watch for news?

_____

_____

c) What radio stations or radio programs do you listen to for news?

_____

_____

d)  Do you listen to talk radio? If yes, which program(s)?

_____

_____

e)  What internet site or sites do you visit to read news stories?

_____

_____

f)  Do you read any "bloggers?"  If yes, what are the topics of the "blogs"?

_____

_____

g)  In general, which best describes your opinion on the accuracy of the news media?

[ ] Always accurate    [ ] Occasionally accurate [ ] Generally accurate

[ ] Generally inaccurate

68. Do you ever watch legal/police programs such as "Law and Order," "CSI," "Judge Joe

Brown," or "Judge Judy?"

Program                    Reason for Interest              How often watch it

_____

_____

_____

69. Do you believe that because a person has been indicted and charged with a crime, that he is

probably guilty of something?

_____

_____

70. Do you feel a defendant should have to prove his innocence?

_____

_____

71. Every defendant in a criminal case has the absolute right not to testify, and if a defendant

decides not to testify, you cannot in any way hold that against him or consider his decision

not to testify in deciding whether the government has proven that he is guilty.  Is there any

reason you would be unable to accept and follow this principal of law?

_____

_____

72. A defendant is not required to call any witnesses.  Would the decision by a defendant not to

call witnesses cause you to conclude that he is guilty? _____Yes          _____No

73. When you feel you are correct, will you still listen to the arguments of others who do not

    agree with you?                     \_\_\_\_\_ Yes      \_\_\_\_\_ No

74. Would you have difficulty expressing your own opinions and thoughts about this case to your

    fellow juror?                       \_\_\_\_\_ Yes      \_\_\_\_\_ No

75. Do you feel that you would tend to go along with the majority of jurors even if you did not

    agree, just because you were in the minority?    \_\_\_\_\_ Yes      \_\_\_\_\_ No

76. If, during the course of jury deliberations, a fellow juror should suggest that you disregard

the law or the evidence, and decide the case on other grounds, would you, as a juror, be able

to reject the suggestion and abide by your oath to this Court to decide the case solely on the

evidence and law as the Court has instructed you to do, without regard to sympathy, bias, or

prejudice?    \_\_\_\_\_ Yes    \_\_\_\_\_ No    \_\_\_\_\_ Not Sure

77. Do you agree or disagree with the Government's practice of offering plea bargains to

defendants charged with crimes in exchange for their testimony in court against others?

[ ] Strongly Agree    [ ] Agree    [ ] Disagree    [ ] Strongly Disagree  [ ] No Opinion

78. Do you believe that persons are more inclined to lie in order to avoid prosecution?

    _____

    _____

79. Do you agree or disagree with the Government's practice of providing immunity to persons

for their testimony in court against others charged with the same or similar crimes?

[ ] Strongly Agree    [ ] Agree    [ ] Disagree    [ ] Strongly Disagree  [ ] No Opinion

80. What do you consider to be important factors in determining whether a person is telling the

truth on the stand?

    _____

_____

_____

81. Do you want to serve as a juror? _____ Yes    _____ No

82. What are your reasons for wanting or not wanting to serve as a juror? _____

_____

_____

You are being considered as a potential juror in a case in which the federal government is bringing an illegal gratuity charge against Kenneth Keitt. There has been some media coverage about this case, and the individuals involved.

There is absolutely nothing wrong with you having seen or read news stories about the case, having discussed the case, or having opinions about the case or the individual charged. We simply need to know what you know, what you have heard and discussed, and what those opinions are. **Please answer the following questions thoughtfully and candidly.**

83. In this case, the Government has charged Mr. Keitt with one count of giving an illegal gratuity.

a) Have you read, seen or heard any news coverage of this case? If yes, from which sources?

_____ Yes _____ No

[ ] Radio [ ] Newspaper [ ] Television [ ] Internet [ ] Word of mouth [ ] Other

b) If yes, what do you remember hearing, seeing or reading about the case?

_____

_____

c) What, if anything, have you heard others say in conversation about the case?

_____

_____

d)  What kinds of things have you said in conversation about the case?

_____

_____

e)  Whether from news sources or any other source, how would you characterize your

knowledge of the case?

[ ] I have followed the case closely   [ ] I have followed the case from time to time

[ ] I have barely followed the case    [ ] I have never heard of the case until reading this

questionnaire [ ] I have not followed the case.

84. Please tell us anything else you may have seen, heard, or read about Mr. Keitt.

_____

_____

_____

85. What is your opinion of Mr. Keitt?

_____

_____

86. Mr. Keitt was employed at DMJM+Harris.

a)  Do you know anyone who has ever worked at DMJM+Harris or for or with Kenneth

Keitt? If yes, in what capacity and during what time period?

_____

_____

b)  Did s/he/they ever give an opinion about Kenneth Keitt? If yes, what was said?

_____

87. The following companies or entities may be mentioned in the trial.  Please indicate whether

you, a family member or close friend have ever been an employee, subcontractor, or had any

business, professional or other relationship any of these companies or entites:

[] Dunn Engineering Associates          [] Precision Systems Inc.

[] BiTran Systems Inc.                  [] Transcore

[] Coval Systems Inc.

88. How do you feel about the District of Columbia Government?

_____

_____

_____

89. What is your view on a federal, state, or local government contracting its work out to private

companies?

_____

_____

_____

90. The government alleges that Mr. Keitt gave a thing of value to a public official, in part, for

that public official's consideration of Mr. Keitt's company's proposals, suggestions and

solicitations for the provision of emergency traffic services after September 11, 2001.  Would

references to September 11, 2001 affect your ability to render an impartial verdict in this

matter?  Please explain.

_____

_____

_____

91. Given what you have read, seen, heard, or discussed about this case or related cases, can you put that information aside and focus only on the facts that are presented at trial?

_____

_____

92. Do you personally, or does any member of your immediate family, know or have any connection (personal, business, or social) with any attorney, employee or representative of:

[ ] The United States Department of Justice        [ ] The United States Attorney's Office

[ ] John Terzaken                                  [ ] Mark Pletcher

[ ] Mallon and McCool LLC                          [ ] Steven J. McCool

[ ] Daniel T. McNamara

a) If yes, please specify. _____

93. Do you know anyone else in the courtroom, including any of your fellow jurors?

_____

94. During the trial, the following people may be called to testify or mentioned during the course of this trial. Please look over the list and circle the name of any person with whom you have a connection (personal, business, or social.)

[INSERT NAME]

[INSERT NAME]

95. Is there anything else that you think the Court or the parties should know about you? If yes, please tell us what that is.         _____ Yes _____ No

_____

23

_____

_____

PLEASE USE THESE PAGES TO CONTINUE ANY OF YOUR ANSWERS TO THE
ABOVE QUESTIONS.  BE SURE TO INDICATE THE NUMBER OF THE QUESTION YOU
ARE ANSWERING:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 28th day of April 2008, the foregoing Defendant's Proposed

Juror Questionnaire was served by electronic filing upon:

John Terzaken
Mark Pletcher
U.S. Department of Justice
Antitrust Division
1401 H Street, N.W., Suite 3700
Washington, D.C.  20530


_____/s/_____
STEVEN J. McCOOL

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal No.  07-041 (RJL)** |
| | ) | |
| **KENNETH KEITT** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

Upon consideration of Defendant Keitt's motion to use a jury questionnaire and memorandum of points and authorities, the Government's opposition thereto, and the entire record in this matter, it is this _____ day of April 2008, hereby

**ORDERED**, that Defendant Keitt's motion is granted.

_____
THE HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT COURT JUDGE