IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 07-041 (RJL) |
| v. ) | |
| ) | |
| KENNETH KEITT, ) | |
| ) | |
| Defendant. ) | |

**PROPOSED VOIR DIRE OF THE UNITED STATES**

The United States, by and through undersigned counsel, respectfully submits the following voir dire questions for use in the trial of this case:

**Demographic Information**

1. How old are you?

2. What is your marital status?

   a. Do you have children?

   b. Who resides in your household?

3. What is your present home address?

   a. What is the name of the neighborhood in which you live (for example, Shaw, Adams Morgan, Georgetown, Tenleytown, etc.)?

   b. How long have you lived at your present address?

   c. Have you lived in any other area of D.C. within the past five years?  If so, where, and for how long?

4. Where did you grow up?

5. From what source(s) do you get your daily news?

**Educational Background**

6. What is the highest level of schooling you have received?

    a. If you attended college, trade or vocational school after high school, where did you attend?

    b. What were your major areas of study, and what degree(s) or certificate(s) did you earn?

**Employment/Civic Activities**

7. Are you currently employed?

    a. If you are currently employed, please state the name of your employer, how long you have worked for this employer, your position or job title, your main duties, whether you work full or part-time, and whether you supervise others and, if so, how many.

    b. If you are not currently employed, please state whether you are: a homemaker, a student, unable to work due to disability or other reason, unemployed, laid off, retired, own your own business, or are self-employed.

8. Please describe the most recent employment or occupation of any other adults who live in your household.

9. Have you ever held any office or title in any civic, social, religious, political,

professional or trade organizations?

    a.    What was the office or title you held and the organization you represented?

**Experience with the Law, Courts, and Government**

10. Have you or any immediate family member (spouse, parent, child or sibling) or any close friend ever attended law school, taken paralegal course work, or received any other type of training in law, law enforcement, or criminal justice?

    a.    If so, please explain.

11. Have you, any immediate family member or any close friend ever been employed by, or made any application for employment with, any local, state or federal law enforcement agency or any prosecutor's office?

    a.    Please provide the name of each person, his or her relationship to you, and the agency or office for which he or she worked or applied to work.

12. Have you, any immediate family member or any close friend ever been employed by, or made an application for employment with, any organization or firm involved in criminal defense work?

    a.    Please provide the name of each person, his or her relationship to you, and the agency or office for which he or she worked or sought to work.

13. Have you, any immediate family member or any close friend ever been employed by, or made an application for employment with, any organization or firm that provides investigation or other services to prosecutors or defense attorneys, or people charged

with crimes?

    a.    Please provide the name of each person, his or her relationship to you, and the agency or office for which he or she worked or sought to work?

14.    Have you, any immediate family member or any close friend ever been employed by, or made an application for employment with, any agency, bureau, department or representative of the United States Government or District of Columbia?

    a.    Please provide the name of each person, his or her relationship to you, and the agency or office for which he or she worked or sought to work?

15.    Have you, any immediate family member or any close friend ever been the subject of any investigation or been involved in any litigation, dispute or controversy with any agency, bureau, department or representative of the United States Government, including the Internal Revenue Service or the D.C. government?

    a.    What was the nature of the dispute and how was it resolved?

16.    Have you, any immediate family member or any close friend ever been the victim of, or witness to, any kind of crime, whether it was reported to law enforcement authorities or not?

    a.    Please state whether the person was a victim or a witness, the relationship of the person to you, the type of crime involved, whether the crime was reported to the police, and whether anyone was ever caught or punished.

    b.    Did any of these experiences, or anything you heard about them, leave you

        with a positive or negative impression of judges, the legal system, lawyers or law enforcement officers?

17. Do you feel that you might give more or less weight to the testimony of law enforcement agents than to that of other witnesses?

    a. Please explain.

18. Do you have a basic mistrust of the government or law enforcement?

19. Have you ever served on a grand jury in either state or federal court?

    a. Did anything happen during your service as a grand juror which would keep you from judging the merits of this case fairly and impartially?

20. Have you ever served as a trial juror in a criminal case in either state or federal court?

    a. What charges were involved in the trial?

    b. What was the result of that trial?

    c. Did anything happen during your prior jury service that would keep you from judging the merits of this case fairly and impartially?

**Questions Related to this Case**

21. The Indictment in this case charges defendant Kenneth Keitt with giving a public official $6900 for or because of official acts performed or to be performed by the public official relating to his administration of a D.C. transportation contract and his consideration of proposals, suggestions and solicitations for the provision of emergency

traffic services in D.C. after September 11, 2001.

    a.    Have you read or heard anything about this case or the defendant from any source whatsoever?

    b.    Based on my summary, have you formed an impression or opinion as to the merits of this case? If so, what?

22.    Have you, any immediate family member or any close friend ever had any personal, employment, business or financial arrangements with any company that provides traffic management services?

    a.    Which company (or companies)?

    b.    What was the nature of the relationship?

    c.    Do you feel that despite that relationship, you can judge the merits of this case objectively and impartially?

23.    The defendant in this case is Kenneth Keitt.

    a.    Do you know, or have you had any dealings with the defendant?

    b.    Have you, any immediate family member or any close friend ever had any personal, employment, business or financial relationship with the defendant?

        i.    What was the nature of the relationship?

        ii.    Do you feel that despite that relationship, you can judge the merits of this case objectively and impartially?

24. Have you, any immediate family member or any close friend ever had any personal, employment, business or financial relationship with the following individuals or companies whose names you may hear during the course of trial:

   a. <u>Names:</u>

   - DMJM+Harris, Inc., a national construction company;
   - Wilhelm DerMinassian, from Maryland;
   - Robert Edelstein, from Florida;
   - Ira Levy, from New York;
   - Michael Travers, from Maryland; and
   - Stephanie Travers, from Maryland.

   b. What was the nature of the relationship?

   c. Do you feel that despite that relationship, you can judge the merits of this case objectively and impartially?

25. Defendant Kenneth Keitt is represented in this case by Steven McCool and Daniel McNamara of the law firm Mallon & McCool.

   a. Do you know these lawyers or their law firm or any persons associated with them?

   b. Have you or any of your family or close relatives or friends had any dealings with these lawyers or their law firm?

      i. What was the nature of the relationship?

  ii. Do you feel that despite that relationship, you can judge the merits of this case objectively and impartially?

26. The United States is represented in this case by John Terzaken and Mark Pletcher, who are attorneys with the Antitrust Division of the United States Department of Justice.

 a. Do you know these attorneys or any members of their families?

 b. Have you or any member of your family or close relatives or friends had any dealings with them?

  i. What was the nature of these dealings?

  ii. Do you feel that despite these dealings, you can judge the merits of this case objectively and impartially?

27. During the course of this trial, you will hear from persons who have not been charged with a crime, but who were promised that their statements to the government, made as part of their cooperation, would not be used against them. Is there any reason you will not be able to give fair consideration to the testimony of such cooperating witnesses, but instead will reject or accept such testimony solely based on the fact that the witnesses have entered agreements with, and received promises from, the government?

28. Some of the government's witnesses in this case may have pled guilty to crimes related to this case. Is there any reason you will not be able to give fair consideration to

the testimony of such witnesses, but instead will reject or accept such testimony solely based on the fact that the witnesses have pled guilty to crimes in this matter?

29.     As a juror in this case, as in any case, you would have the responsibility to determine whether the government has proven its case beyond a reasonable doubt.  If you determine that the government has failed to satisfy this burden in regard to the charge filed against the defendant, you would be obligated to find the defendant not guilty of the charge.  If, on the other hand, you determine that the government has satisfied its burden in regard to the charge, you would have an obligation to find the defendant guilty of the charge.  This would be your obligation regardless of whether you were sympathetic to the defendant or believed that the defendant acted for reasons or purposes to which you are sympathetic.  If the government does prove its case beyond a reasonable doubt, is there any reason – morally, philosophically or ethically – why you could not go into the jury room and convict the defendant?

DATED this 28th day of April, 2008.

                          Respectfully submitted,

                              /s/
                        JOHN F. TERZAKEN III (D.C. Bar # 474015)
                        MARK W. PLETCHER
                        EMILY W. ALLEN
                        Trial Attorneys, Antitrust Division
                        U.S. Department of Justice
                        450 5th Street, N.W., Suite 11300
                        Washington, D.C.  20530
                        Telephone: (202) 307-0719
                        Facsimile:   (202) 514-6525
                        E-mail:  john.terzaken@usdoj.gov /
                                 mark.pletcher@usdoj.gov /
                                 emily.allen@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 28th day of April 2008, the foregoing PROPOSED VOIR DIRE OF THE UNITED STATES, was filed electronically and to the best of my knowledge, information and belief, counsel for defendant Kenneth Keitt will be notified through the Electronic Case Filing System.

/s/
JOHN F. TERZAKEN III
D.C. Bar # 474015
Trial Attorney, Antitrust Division
U.S. Department of Justice
450 5th Street, N.W., Suite 11300
Washington, D.C.  20530
Telephone:  (202) 307-0719
Facsimile:   (202) 514-6525
E-mail: john.terzaken@usdoj.gov