IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Criminal No. 07-041 (RJL)** |
| **v.** | ) | |
| | ) | |
| **KENNETH KEITT,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## POTENTIAL WITNESS AND EXHIBIT LISTS OF THE UNITED STATES

The United States, by and through undersigned counsel, respectfully submits the attached potential witness and exhibit lists.

DATED this 28th day of April, 2008.

Respectfully submitted,

　/s/　
JOHN F. TERZAKEN III (D.C. Bar # 474015)
MARK W. PLETCHER
EMILY W. ALLEN
Trial Attorneys, Antitrust Division
U.S. Department of Justice
450 5th Street, N.W., Suite 11300
Washington, D.C.  20530
Telephone: (202) 307-0719
Facsimile:   (202) 514-6525
E-mail:  john.terzaken@usdoj.gov /
　　　　mark.pletcher@usdoj.gov /
　　　　emily.allen@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 28th day of April 2008, the foregoing POTENTIAL WITNESS AND EXHIBIT LISTS OF THE UNITED STATES, was filed electronically and to the best of my knowledge, information and belief, counsel for defendant Kenneth Keitt will be notified through the Electronic Case Filing System.

                                                     /s/  
                                               JOHN F. TERZAKEN III  
                                               D.C. Bar # 474015  
                                               Trial Attorney, Antitrust Division  
                                               U.S. Department of Justice  
                                               450 5th Street, N.W., Suite 11300  
                                               Washington, D.C.  20530  
                                               Telephone:  (202) 307-0719  
                                               Facsimile:   (202) 514-6525  
                                               E-mail: john.terzaken@usdoj.gov

## POTENTIAL WITNESS LIST OF THE UNITED STATES

1. Wilhelm DerMinassian
   505 Silver King Lane
   Rockville, Maryland

   Attorney:   Mark E. Schamel, Esq.
               Schertler & Ornorato, LLP
               1140 Connecticut Ave., NW, Suite 1140
               Washington, D.C. 20036
               (202) 628-4199

2. Robert Edelstein
   265 Northwest 119th Lane
   Coral Springs, Florida

   Attorney:   Sarah Kleven, Esq.
               Sutherland, Asbill & Brennan LLP
               1275 Pennsylvania Avenue, N.W.
               Washington, D.C. 20004-2415
               (202) 383-0361

3. Ira Levy
   48 Carl Road
   Walpole, Massachusetts

   Attorney:   Sarah Kleven, Esq.
               Sutherland, Asbill & Brennan LLP
               1275 Pennsylvania Avenue, N.W.
               Washington, D.C. 20004-2415
               (202) 383-0361

4. Michael Travers
   960 Ridgeway Drive
   Annapolis, Maryland

   Attorney:   Whitney Ellerman, Esq.
               Hunton & Williams
               1900 K Street, NW
               Washington, D.C. 20006
               (202) 955-1688

5. Stephanie Travers
   960 Ridgeway Drive
   Annapolis, Maryland

   Attorney:   Whitney Ellerman, Esq.
               Hunton & Williams
               1900 K Street, NW
               Washington, D.C.  20006
               (202) 955-1688

6. Document Custodian(s)
   [If necessary, to be determined]

7. Rebuttal Witnesses
   [If necessary, to be determined]

## POTENTIAL EXHIBIT LIST OF THE UNITED STATES

| GOV. EX. NO. | DESCRIPTION | BATES NO. |
|---|---|---|
| 1 | Trial Immunity Order for Robert Edelstein | |
| 2 | Grand Jury Immunity Order for Robert Edelstein | |
| 3 | D.C. Formal Agreement No. 014-98 | DHDOJ0007507-562 |
| 4 | 11/19/2001 DMJM+ Harris ITS Division October Monthly Management Letter | DHDOJ0046694-701 |
| 5 | DMJM + Harris DC Operational Support Organization – August 22, 2003 | DHDOJ0012329 |
| 6 | 9/28/2001 Letter from DC Department of Public Works | DHDOJ0007596 |
| 7 | 9/24/2001 Email from Kenneth Keitt | DHDOJ0052982 |
| 8 | 9/25/2002 Government of the District of Columbia Change Order / Unilateral Modification | DHDOJ0043572-573 |
| 9 | 10/2002 Performance Review of Kenneth Keitt | DHDOJ0016702-703 |
| 10 | 8/26/2002 Email from Kenneth Keitt | DHDOJ0044094 |
| 11 | 11/2003 Performance Review of Kenneth Keitt | DHDOJ0016674-677 |
| 12 | Trial Immunity Order for Ira Levy | |
| 13 | Grand Jury Immunity Order for Ira Levy | |
| 14 | DMJM + Harris Code of Conduct | DHDOJ0044063-90 |
| 15 | Calendar of Ira Levy | DHDOJ0046825-826 |
| 16 | Plea Agreement of Wilhelm DerMinassian | |
| 17 | 9/10/2001 Request and Authorization for Official Travel | DCDOT-011-00000980-994 |
| 18 | 10/2001 Department of Transportation Credit Card Statement | DCDOT-011-00001517-525 |

| GOV. EX. NO. | DESCRIPTION | BATES NO. |
|---|---|---|
| 19 | 10/17/2001 Request and Authorization for Official Travel | DCDOT-011-00000995-1014 |
| 20 | 11/2001 Department of Transportation Credit Card Statement | DCDOT-011-00001319-321 |
| 21 | Plea Agreement of Dunn Engineering Associates | |
| 22 | Trial Immunity Order for Michael Travers | |
| 23 | Grand Jury Immunity Order for Michael Travers | |
| 24 | 9/19/2001 Email from Kenneth Keitt | DHDOJ0054424 |
| 25 | 10/2001 Credit Card Statement of Michael Travers | T0001 |
| 26 | 11/2001 Credit Card Statement of Michael Travers | T0002 |
| 27 | Credit Card Advance Receipts of Michael Travers | T0003 |
| 28 | 10/2001 Bank Annapolis Withdrawl Receipt | T0004 |
| 29 | TMC Telephone List – DMJM + Harris, Inc. | DHDOJ0012015 |
| 30 | 10/7/2001 Nextel Phone Record Statements of Federick R. Harris, Inc. | DHDOJ0001811-886 |
| 31 | 11/6/2001 Nextel Phone Record Statements of Federick R. Harris, Inc. | DHDOJ0001642-709 |
| 32 | 1/29/2004 Letter Terminating Kenneth Keitt | DHDOJ0016670-673 |
| 33 | DMJM Affidavit of Compliance | |
| 34 | 3/4/2003 Letter from DC Department of Transportation | DCDOT-009-00001069 |
| 35 | Supplement to D.C. Formal Agreement No. 014-98 | DCDOT-00900001014-1027 |

| GOV. EX. NO. | DESCRIPTION | BATES NO. |
|:---:|---|---|
| 36 | 11/19/2001 ITS Monthly Operating Report FY'02 / FM October | DHDOJ0046690-693 |
| 37 | 01/11/2002 DC Department of Public Works Memorandum | DCDOT-011-00001323-349 |
| 38 | Change Order No. 2 – D.C. Formal Agreement 014-98 | DCDOT-009-00000781-782 |
| 39 | Change Order No. 3 – D.C. Formal Agreement 014-98 | DCDOT-009-00000623-624 |
| 40 | Change Order No. 4 – D.C. Formal Agreement 014-98 | DCDOT-009-00000455 |
| 41 | 2/14/2000 Memorandum from Bob Edelstein | DHDOJ0046304-308 |
| 42 | 4/15/2002 Memorandum from Kenneth Keitt | DHDOJ0044099 |
| 43 | 6/4/2002 Memorandum from Kenneth Keitt | DHDOJ0055163 |
| 44 | 7/2/2002 Memorandum from Kenneth Keitt | DHDOJ0055172 |
| 45 | 7/26/2002 Memorandum from Kenneth Keitt | DHDOJ0044114 |
| 46 | 9/13/2002 Memorandum from Kenneth Keitt | DHDOJ0044109 |
| 47 | 10/29/2002 Memorandum from Kenneth Keitt | DHDOJ0055191 |
| 48 | 2/27/2003 Memorandum from Kenneth Keitt | DHDOJ0044106 |
| 49 | (Intentionally blank) | |
| 50 | (Intentionally blank) | |