IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Criminal No. 07-041 (RJL)** |
| **v.** ) | |
| ) | |
| **KENNETH KEITT,** ) | |
| ) | |
| **Defendant.** ) | |

## PROPOSED VERDICT FORM OF THE UNITED STATES

The United States, by and through undersigned counsel, respectfully submits the attached proposed Verdict Form.

DATED this 28th day of April, 2008.

                                                                Respectfully submitted,

                                                                /s/
                                       JOHN F. TERZAKEN III (D.C. Bar # 474015)
                                       MARK W. PLETCHER
                                       EMILY W. ALLEN
                                       Trial Attorneys, Antitrust Division
                                       U.S. Department of Justice
                                       450 5th Street, N.W., Suite 11300
                                       Washington, D.C.  20530
                                       Telephone: (202) 307-0719
                                       Facsimile:   (202) 514-6525
                                       E-mail:  john.terzaken@usdoj.gov /
                                                             mark.pletcher@usdoj.gov /
                                                             emily.allen@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of April 2008, the foregoing PROPOSED VERDICT FORM OF THE UNITED STATES, was filed electronically and to the best of my knowledge, information and belief, counsel for defendant Kenneth Keitt will be notified through the Electronic Case Filing System.

                /s/
JOHN F. TERZAKEN III
D.C. Bar # 474015
Trial Attorney, Antitrust Division
U.S. Department of Justice
450 5th Street, N.W., Suite 11300
Washington, D.C.  20530
Telephone:  (202) 307-0719
Facsimile:   (202) 514-6525
E-mail: john.terzaken@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | )    **Criminal No. 07-041 (RJL)** |
| v. | ) |
| | ) |
| **KENNETH KEITT,** | ) |
| | ) |
| **Defendant.** | ) |

## **VERDICT FORM**

As to the offense of giving an illegal gratuity to a public official in violation of 18 U.S.C. § 201(c), we, the jury, find defendant Kenneth Keitt:

Not Guilty      _____

Guilty              _____

_____
FOREPERSON

_____
DATE