IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 07-041 (RJL) |
| ) | |
| KENNETH KEITT ) | |
| ) | |
| Defendant. ) | |

## KENNETH KEITT'S EXHIBIT LIST

Kenneth Keitt, by and through undersigned counsel, hereby provides a list of the exhibits he may introduce or otherwise use in the trial of the above-captioned case. Copies of the exhibits listed below will be provided to the government in court on April 29, 2008.

1. Operational Support Contract

2. Invoices: October 17, 2000 through May 22, 2001

3. CCTV Design Prototype

4. Invoices: June 1, 2001 through October 4, 2001

5. Option Year Number 1

6. Invoices: October 26, 2001 through January 18, 2002

7. Public Law 107-17

8. Dunn CCTV Estimate

9. Invoices: January 18, 2002 through March 18, 2002

10. Invoices: March 17, 2002 through April 14, 2003

11. Invoices: March 20, 2002 through May 24, 2002

12. Change Order Number 1

13. Invoices: June 3, 2002 through August 26, 2002

14. Option Year Number 2

15. Invoices: September 19, 2002 through November 19, 2002

16. Change Order Number 2

17. William McGuirk Personnel Documents

18. ITMS Documents

19. Wilhelm Derminassian Court Documents

20. Change Order Number 3

21. Invoices: December 9, 2002 through March 17, 2003

22. Dunn Court Documents

23. Option Year Number 3

24. Change Order Number 4

25. Option Year Number 4

26. Immunity Orders (Not Copied)

27. Michael Travers Documents

28. Ken Keitt Documents

29. Audiotape of Arne Pavis Interview

Mr. Keitt preserves and does not waive any issues raised in any pre-trial motions. Mr. Keitt reserves the right to object to the admissibility of any evidence. Mr. Keitt further reserves the right to modify and/or supplement this exhibit list in response to the government's exhibit list, the testimony at trial, the Court's rulings, the evidence introduced at trial, or subsequent arguments or proceedings. Mr. Keitt also reserves the right to present any further exhibits as the trial progresses.

                                                        Respectfully submitted,


                                                        _____/s/_____
                                                        STEVEN J. McCOOL
                                                        D.C. Bar No. 429369
                                                        MALLON & McCOOL, LLC
                                                        1776 K Street, N.W., Suite 200
                                                        Washington, D.C. 20006
                                                        (202) 393-7088

                                                        Counsel for Kenneth Keitt

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 28th of April 2008, Defendant's Exhibit List was served by electronic filing upon:

John Terzaken
Mark Pletcher
U.S. Department of Justice
Antitrust Division
1401 H Street, N.W., Suite 3700
Washington, D.C.  20530


                                          _____/s/_____
                                          Steven J. McCool