IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Criminal No. 07-041 (RJL)** |
| v. ) | |
| ) | |
| **KENNETH KEITT,** ) | |
| ) | |
| **Defendant.** ) | |

### UNITED STATES'S MOTION TO COMPEL TESTIMONY OF ROBERT EDELSTEIN

The United States of America, by and through the undersigned attorneys, respectfully requests that this Court enter the attached Order, pursuant to Title 18, United States Code, section 6001 et seq., known as "the Organized Crime Control Act of 1970," compelling Robert Edelstein to give testimony, which he has refused to give and provide on the basis of his privilege against self-incrimination, as to all matters about which he may be interrogated before the trial of *United States v. Kenneth Keitt*, Criminal No. 07-041 (RJL), in the District Court of the District of Columbia, and respectfully alleges as follows:

The witness, Mr. Edelstein, is an Executive Vice-President in charge of the Intelligent Transportation Services Division of DMJM + Harris ("DMJM"), and was defendant Kenneth Keitt's ("defendant") direct supervisor during the relevant period. Defendant, then DMJM's Vice President, is charged with giving an illegal gratuity to Wilhelm DerMinassian, then a public official at the District of Columbia Department of Transportation ("DCDOT") who exercised decision-making authority over DMJM's

operational support contract. Mr. Edelstein was provided statutory immunity for his testimony before the grand jury, where he stated that he spoke with defendant in late 2001 regarding defendant's interest in giving personal loans to Mr. DerMinassian. Mr. Edelstein has asserted his Fifth Amendment privilege against self-incrimination with regard to this testimony at trial.

This motion is made with the approval of Scott D. Hammond, Deputy Assistant Attorney General, Antitrust Division, United States Department of Justice, and without objection from the Criminal Division, pursuant to 18 U.S.C. § 6003(b) and 28 C.F.R. 0.175(b). A copy of the letter from said Deputy Assistant Attorney General expressing such approval is attached hereto as Attachment 1. A copy of the letter indicating the Criminal Division's lack of objection is attached hereto as Attachment 2.

It is the judgment of the undersigned attorneys for the United States that the testimony from Mr. Edelstein is necessary to the public interest and that Mr. Edelstein has refused to testify on the basis of his privilege against self-incrimination.

WHEREFORE, the United States respectfully requests the Court enter the attached Order compelling Mr. Edelstein to, directly and in a non-evasive manner, answer before the District Court for the District of Columbia in *United States v. Kenneth Keitt*, Criminal No. 07-041 (RJL), such questions as may be propounded to him.

DATED this 30th day of April, 2008.

        Respectfully submitted,

        _____/s/_____
        EMILY W. ALLEN
        JOHN F. TERZAKEN III (D.C. Bar # 474015)
        MARK W. PLETCHER
        Trial Attorneys, Antitrust Division
        U.S. Department of Justice
        450 5th Street, N.W., 11th Floor
        Washington, D.C.  20530
        Telephone: (202) 307-0946
        Facsimile:   (202) 514-6525
        E-mail:  john.terzaken@usdoj.gov /
                 mark.pletcher@usdoj.gov /
                 emily.allen@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Criminal No. 07-041 (RJL)** |
| **v.** ) | |
| ) | |
| **KENNETH KEITT,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER COMPELLING TESTIMONY OF ROBERT EDELSTEIN

Upon consideration of the United States's Motion to Compel Testimony, pursuant to 18 U.S.C. § 6001 et seq., and it appearing to the satisfaction of the Court that:

1. Robert Edelstein has been called to testify and provide information before a trial in the District Court for the District of Columbia and in any further proceedings resulting therefrom or ancillary thereto; and

2. Mr. Edelstein has refused to testify or provide other information on the basis of his privilege against self-incrimination; and

3. The attorneys for the United States believe that the testimony from Mr. Edelstein may be necessary to the public interest; and

4. The United States's motion has been filed with approval of Scott D. Hammond, Deputy Assistant Attorney General, Antitrust Division, United States Department of Justice, pursuant to the authority conferred by 18 U.S.C. §§ 6003(b) and 28 C.F.R. 0.175(b);

IT IS HEREBY ORDERED, pursuant to 18 U.S.C. §§ 6002 and 6003, that Mr.

Edelstein, in a direct and non-evasive manner, give testimony and provide other information which he would otherwise refuse to give or to provide on the basis of his privilege against self-incrimination as to all matters about which he may be interrogated before the trial of *United States v. Kenneth Keitt*, Criminal No. 07-041 (RJL);

    IT IS FURTHER ORDERED THAT no testimony or other information, directly or indirectly, may be used against Mr. Edelstein in any criminal case, except a prosecution for perjury, giving false statements, or otherwise failing to comply with this Order.

    DATED this \_\_\_\_ day of May, 2008.

_____
THE HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE

      I hereby certify that on this 30th day of April 2008, the foregoing UNITED STATES'S MOTION TO COMPEL TESTIMONY was filed electronically and, to the best of my knowledge, information and belief, counsel for Kenneth Keitt will be notified through the Electronic Case Filing System. A hard copy of this pleading was also served by overnight courier on:

Sarah Kleven, Esq.
Sutherland, Asbill & Brennan LLP
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2415
*Counsel for Robert Edelstein*

                                                    /s/
                                        EMILY W. ALLEN
                                        Trial Attorney, Antitrust Division
                                        U.S. Department of Justice
                                        450 5th Street, N.W., 11th Floor
                                        Washington, D.C. 20530
                                        Telephone: (202) 307-0946
                                        Facsimile:  (202) 514-6525
                                        E-mail: emily.allen@usdoj.gov

U. S. Department of Justice

Antitrust Division

---

Office of the Deputy Assistant Attorney General

Washington, D.C. 20530

APR 1 0 2008

Jeffrey A. Taylor
United States Attorney
District of Columbia
555 Fourth Street, N.W.
Washington, D.C. 20001

      Re:    <u>United States v. Kenneth Keitt</u>, Crim. No. 07-CR-41 (RJL) (D.D.C.)

Dear Mr. Taylor:

     Pursuant to the authority vested in me by 18 U.S.C. § 6003(b) and 28 C.F.R. 0.175(b), you are authorized to apply to the United States District Court for the District of Columbia for an order pursuant to 18 U.S.C. §§ 6002-6003 requiring Robert Edelstein to give testimony or provide other information in the above matter and in any further proceedings resulting therefrom or ancillary thereto.

                               Sincerely,

                               Scott D. Hammond
                               Deputy Assistant Attorney General

U.S. Department of Justice

Criminal Division

_____
Washington, DC 20530-0001
_____

April 10, 2008

**MEMORANDUM**

TO:         Thomas O. Barnett
            Assistant Attorney General
            Antitrust Division

            Attention: James Ragsdale

FROM:       Alice S. Fisher    ASF by SAR
            Assistant Attorney General
            Criminal Division

SUBJECT:    Michael L. Travers, Sr., et al.
            Trial: United States v. Kenneth Keitt
            <u>15 U.S.C. § 1, et al.</u>

We have searched our files for information with respect to the following person(s) for whom you propose to authorize an application for an order to compel testimony pursuant to 18 U.S.C. § 6003:

    Michael L. Travers, Sr., Annapolis, Maryland
    Ira Levy, New York, New York
    Robert Edelstein, Coral Springs, Florida

The Criminal Division has no objection to the proposed order.