IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 07-041 (RJL) |
| v. ) | |
| ) | |
| KENNETH KEITT, ) | |
| ) | |
| Defendant. ) | |

## UNITED STATES'S MOTION TO COMPEL
## TESTIMONY OF IRA LEVY

The United States of America, by and through the undersigned attorneys, respectfully requests that this Court enter the attached Order, pursuant to Title 18, United States Code, section 6001 et seq., known as "the Organized Crime Control Act of 1970," compelling Ira Levy to give testimony, which he has refused to give and provide on the basis of his privilege against self-incrimination, as to all matters about which he may be interrogated before the trial of *United States v. Kenneth Keitt*, Criminal No. 07-041 (RJL), in the District Court of the District of Columbia, and respectfully alleges as follows:

The witness, Mr. Levy, is an Executive Vice-President in the corporate offices of DMJM + Harris ("DMJM"), who worked with DMJM's Geographic Business Units. Defendant Kenneth Keitt ("defendant"), then DMJM's Vice President, is charged with giving an illegal gratuity to Wilhelm DerMinassian, then a public official at the District of Columbia Department of Transportation ("DCDOT") who exercised decision-making authority over DMJM's operational support contract. Mr. Levy was provided statutory immunity for his testimony before the grand jury, where he stated that he spoke with

defendant regarding defendant's interest in giving personal loans to public officials. Mr. Levy has asserted his Fifth Amendment privilege against self-incrimination with regard to this testimony at trial.

This motion is made with the approval of Scott D. Hammond, Deputy Assistant Attorney General, Antitrust Division, United States Department of Justice, and without objection from the Criminal Division, pursuant to 18 U.S.C. § 6003(b) and 28 C.F.R. 0.175(b). A copy of the letter from said Deputy Assistant Attorney General expressing such approval is attached hereto as Attachment 1. A copy of the letter indicating the Criminal Division's lack of objection is attached hereto as Attachment 2.

It is the judgment of the undersigned attorneys for the United States that the testimony from Mr. Levy is necessary to the public interest and that Mr. Levy has refused to testify on the basis of his privilege against self-incrimination.

WHEREFORE, the United States respectfully requests the Court enter the attached Order compelling Mr. Levy to, directly and in a non-evasive manner, answer before the District Court for the District of Columbia in *United States v. Kenneth Keitt*, Criminal No. 07-041 (RJL), such questions as may be propounded to him.

DATED this 30th day of April, 2008.

                            Respectfully submitted,

                            _____/s/_____
                            EMILY W. ALLEN
                            JOHN F. TERZAKEN III (D.C. Bar # 474015)
                            MARK W. PLETCHER
                            Trial Attorneys, Antitrust Division
                            U.S. Department of Justice
                            450 5th Street, N.W., 11th Floor
                            Washington, D.C.  20530
                            Telephone: (202) 307-0946
                            Facsimile:   (202) 514-6525
                            E-mail: john.terzaken@usdoj.gov /
                                     mark.pletcher@usdoj.gov /
                                     emily.allen@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Criminal No. 07-041 (RJL)** |
| **v.** ) | |
| ) | |
| **KENNETH KEITT,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER COMPELLING TESTIMONY OF IRA LEVY

Upon consideration of the United States's Motion to Compel Testimony, pursuant to 18 U.S.C. § 6001 et seq., and it appearing to the satisfaction of the Court that:

1. Ira Levy has been called to testify and provide information before a trial in the District Court for the District of Columbia and in any further proceedings resulting therefrom or ancillary thereto; and

2. Mr. Levy has refused to testify or provide other information on the basis of his privilege against self-incrimination; and

3. The attorneys for the United States believe that the testimony from Mr. Levy may be necessary to the public interest; and

4. The United States's motion has been filed with approval of Scott D. Hammond, Deputy Assistant Attorney General, Antitrust Division, United States Department of Justice, pursuant to the authority conferred by 18 U.S.C. §§ 6003(b) and 28 C.F.R. 0.175(b);

IT IS HEREBY ORDERED, pursuant to 18 U.S.C. §§ 6002 and 6003, that Mr.

Levy, in a direct and non-evasive manner, give testimony and provide other information which he would otherwise refuse to give or to provide on the basis of his privilege against self-incrimination as to all matters about which he may be interrogated before the trial of *United States v. Kenneth Keitt*, Criminal No. 07-041 (RJL);

      IT IS FURTHER ORDERED THAT no testimony or other information, directly or indirectly, may be used against Mr. Levy in any criminal case, except a prosecution for perjury, giving false statements, or otherwise failing to comply with this Order.

      DATED this ____ day of May, 2008.

_____
THE HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE

      I hereby certify that on this 30th day of April 2008, the foregoing UNITED STATES'S MOTION TO COMPEL TESTIMONY was filed electronically and, to the best of my knowledge, information and belief, counsel for Kenneth Keitt will be notified through the Electronic Case Filing System.  A hard copy of this pleading was also served by overnight courier on:

    Sarah Kleven, Esq.
    Sutherland, Asbill & Brennan LLP
    1275 Pennsylvania Avenue, N.W.
    Washington, D.C.  20004-2415
    *Counsel for Ira Levy*

                                                              /s/
                                        EMILY W. ALLEN
                                        Trial Attorney, Antitrust Division
                                        U.S. Department of Justice
                                        450 5th Street, N.W., 11th Floor
                                        Washington, D.C.  20530
                                        Telephone:  (202) 307-0719
                                        Facsimile:   (202) 514-6525
                                        E-mail: emily.allen@usdoj.gov

**U. S. Department of Justice**

Antitrust Division

---

Office of the Deputy Assistant Attorney General
Washington, D.C. 20530

APR 10 2008

Jeffrey A. Taylor
United States Attorney
District of Columbia
555 Fourth Street, N.W.
Washington, D.C. 20001

      Re:    <u>United States v. Kenneth Keitt</u>, Crim. No. 07-CR-41 (RJL) (D.D.C.)

Dear Mr. Taylor:

    Pursuant to the authority vested in me by 18 U.S.C. § 6003(b) and 28 C.F.R. 0.175(b), you are authorized to apply to the United States District Court for the District of Columbia for an order pursuant to 18 U.S.C. §§ 6002-6003 requiring Ira Levy to give testimony or provide other information in the above matter and in any further proceedings resulting therefrom or ancillary thereto.

                              Sincerely,

                              Scott D. Hammond
                        Deputy Assistant Attorney General

**U.S. Department of Justice**

Criminal Division

Washington, DC 20530-0001

April 10, 2008

## MEMORANDUM

TO: Thomas O. Barnett
Assistant Attorney General
Antitrust Division

Attention: James Ragsdale

FROM: Alice S. Fisher    ASF by SAR
Assistant Attorney General
Criminal Division

SUBJECT: Michael L. Travers, Sr., et al.
Trial: United States v. Kenneth Keitt
15 U.S.C. § 1, et al.

We have searched our files for information with respect to the following person(s) for whom you propose to authorize an application for an order to compel testimony pursuant to 18 U.S.C. § 6003:

Michael L. Travers, Sr., Annapolis, Maryland
Ira Levy, New York, New York
Robert Edelstein, Coral Springs, Florida

The Criminal Division has no objection to the proposed order.