## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Criminal No. 07-041 (RJL)** |
| **v.** ) | |
| ) | |
| **KENNETH KEITT,** ) | |
| ) | |
| **Defendant.** ) | |

### REVISED POTENTIAL EXHIBIT LIST OF THE UNITED STATES

The United States, by and through undersigned counsel, respectfully submits the attached revised potential exhibit list.

DATED this 9th day of May, 2008.

                                                  Respectfully submitted,

                                                  /s/
                                          JOHN F. TERZAKEN III (D.C. Bar # 474015)
                                          MARK W. PLETCHER
                                          EMILY W. ALLEN
                                          Trial Attorneys, Antitrust Division
                                          U.S. Department of Justice
                                          450 5th Street, N.W., Suite 11300
                                          Washington, D.C.  20530
                                          Telephone: (202) 307-0719
                                          Facsimile:   (202) 514-6525
                                          E-mail:  john.terzaken@usdoj.gov /
                                                      mark.pletcher@usdoj.gov /
                                                      emily.allen@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of May 2008, the foregoing REVISED POTENTIAL EXHIBIT LIST OF THE UNITED STATES, was filed electronically and to the best of my knowledge, information and belief, counsel for defendant Kenneth Keitt will be notified through the Electronic Case Filing System.

                                          /s/
                                  JOHN F. TERZAKEN III
                                  D.C. Bar # 474015
                                  Trial Attorney, Antitrust Division
                                  U.S. Department of Justice
                                  450 5th Street, N.W., Suite 11300
                                  Washington, D.C.  20530
                                  Telephone:  (202) 307-0719
                                  Facsimile:   (202) 514-6525
                                  E-mail: john.terzaken@usdoj.gov

## REVISED POTENTIAL EXHIBIT LIST OF THE UNITED STATES

| GOV. EX. NO. | DESCRIPTION | BATES NO. |
|---|---|---|
| 1 | Trial Immunity Order for Robert Edelstein | |
| 2 | Grand Jury Immunity Order for Robert Edelstein | |
| 3 | D.C. Formal Agreement No. 014-98 | DHDOJ0007507-562 |
| 4 | 11/19/2001 DMJM+ Harris ITS Division October Monthly Management Letter | DHDOJ0046694-701 |
| 5 | DMJM + Harris DC Operational Support Organization – August 22, 2003 | DHDOJ0012329 |
| 6 | 9/28/2001 Letter from DC Department of Public Works | DHDOJ0007596 |
| 7 | 9/24/2001 Email from Kenneth Keitt | DHDOJ0052982 |
| 8 | 9/25/2002 Government of the District of Columbia Change Order / Unilateral Modification | DHDOJ0043572-573 |
| 9 | 10/2002 Performance Review of Kenneth Keitt | DHDOJ0016702-703 |
| 10 | 8/26/2002 Email from Kenneth Keitt | DHDOJ0044094 |
| 11 | 11/2003 Performance Review of Kenneth Keitt | DHDOJ0016674-677 |
| 12 | Trial Immunity Order for Ira Levy | |
| 13 | Grand Jury Immunity Order for Ira Levy | |
| 14 | DMJM + Harris Code of Conduct | DHDOJ0044063-90 |
| 15 | Calendar of Ira Levy | DHDOJ0046825-826 |
| 16 | Plea Agreement of Wilhelm DerMinassian | |
| 17 | 9/10/2001 Request and Authorization for Official Travel | DCDOT-011-00000980-994 |
| 18 | 10/2001 Department of Transportation Credit Card Statement | DCDOT-011-00001517-525 |

| GOV. EX. NO. | DESCRIPTION | BATES NO. |
|---|---|---|
| 19 | 10/17/2001 Request and Authorization for Official Travel | DCDOT-011-00000995-1014 |
| 20 | 11/2001 Department of Transportation Credit Card Statement | DCDOT-011-00001319-321 |
| 21 | Plea Agreement of Dunn Engineering Associates | |
| 22 | Trial Immunity Order for Michael Travers | |
| 23 | Grand Jury Immunity Order for Michael Travers | |
| 24 | 9/19/2001 Email from Kenneth Keitt | DHDOJ0054424 |
| 25 | 10/2001 Credit Card Statement of Michael Travers | T0001 |
| 26 | 11/2001 Credit Card Statement of Michael Travers | T0002 |
| 27 | Credit Card Advance Receipts of Michael Travers | T0003 |
| 28 | 10/2001 Bank Annapolis Withdrawl Receipt | T0004 |
| 29 | TMC Telephone List – DMJM + Harris, Inc. | DHDOJ0012015 |
| 30 | 10/7/2001 Nextel Phone Record Statements of Federick R. Harris, Inc. | DHDOJ0001811-886 |
| 31 | 11/6/2001 Nextel Phone Record Statements of Federick R. Harris, Inc. | DHDOJ0001642-709 |
| 32 | 1/29/2004 Letter Terminating Kenneth Keitt | DHDOJ0016670-673 |
| 33 | DMJM Affidavit of Compliance | |
| 34 | 3/4/2003 Letter from DC Department of Transportation | DCDOT-009-00001069 |
| 35 | Supplement to D.C. Formal Agreement No. 014-98 | DCDOT-00900001014-1027 |

| GOV. EX. NO. | DESCRIPTION | BATES NO. |
|---|---|---|
| 36 | 11/19/2001 ITS Monthly Operating Report FY'02 / FM October | DHDOJ0046690-693 |
| 37 | 01/11/2002 DC Department of Public Works Memorandum | DCDOT-011-00001323-349 |
| 38 | Change Order No. 2 – D.C. Formal Agreement 014-98 | DCDOT-009-00000781-782 |
| 39 | Change Order No. 3 – D.C. Formal Agreement 014-98 | DCDOT-009-00000623-624 |
| 40 | Change Order No. 4 – D.C. Formal Agreement 014-98 | DCDOT-009-00000455 |
| 41 | 2/14/2000 Memorandum from Bob Edelstein | DHDOJ0046304-308 |
| 42 | 4/15/2002 Memorandum from Kenneth Keitt | DHDOJ0044099 |
| 43 | 6/4/2002 Memorandum from Kenneth Keitt | DHDOJ0055163 |
| 44 | 7/2/2002 Memorandum from Kenneth Keitt | DHDOJ0055172 |
| 45 | 7/26/2002 Memorandum from Kenneth Keitt | DHDOJ0044114 |
| 46 | 9/13/2002 Memorandum from Kenneth Keitt | DHDOJ0044109 |
| 47 | 10/29/2002 Memorandum from Kenneth Keitt | DHDOJ0055191 |
| 48 | 2/27/2003 Memorandum from Kenneth Keitt | DHDOJ0044106 |
| 49 | 9/25/2002 Government of the District of Columbia Change Order / Unilateral Modification | DCDOT-002-00000556-557 |
| 50 | 6/21/2002 Record of Authorization to Proceed with Contract Revision | DCDOT-009-00001062 |
| 51 | 11/30/2001 Performance Review of Michael Travers | DHDOJ0017657 |

| GOV. EX. NO. | DESCRIPTION | BATES NO. |
|---|---|---|
| 52 | 4/17/2002 Request for Payment; D.C. Formal Agreement No. 014-98 | DCDOT-002-00003456-576 |
| 53 | Statute of Limitations Tolling Agreements between the United States and Kenneth Keitt | |
| 54 | Grand Jury Testimony of Wilhelm DerMinassian | |
| 55 | 4/21/2005 Transcript of Wilhelm DerMinassian Plea Hearing | |
| 56 | Grand Jury Testimony of Robert Edelstein | |
| 57 | Grand Jury Testimony of Ira Levy | |
| 58 | Grand Jury Testimony of Michael Travers | |
| 59 | (Intentionally Blank) | |
| 60 | (Intentionally Blank) | |