## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Criminal No. 07-041 (RJL)** |
| | ) | |
| **KENNETH KEITT** | ) | |
| | ) | |
| **Defendant.** | ) | |

## KENNETH KEITT'S REVISED EXHIBIT LIST

Kenneth Keitt, by and through undersigned counsel, hereby submits the following revised exhibit list. Mr. Keitt preserves and does not waive any issues raised in any pre-trial motions. Mr. Keitt reserves the right to object to the admissibility of any evidence. Mr. Keitt further reserves the right to modify and/or supplement this exhibit list in response to the government's exhibit list, the testimony at trial, the Court's rulings, the evidence introduced at trial, or subsequent arguments or proceedings. Mr. Keitt also reserves the right to present any further exhibits as the trial progresses.

Respectfully submitted,


_____/s/_____
STEVEN J. McCOOL
D.C. Bar No. 429369
MALLON & McCOOL, LLC
1776 K Street, N.W., Suite 200
Washington, D.C. 20006
(202) 393-7088

Counsel for Kenneth Keitt

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th of May 2008, Defendant's Revised Exhibit List was served by electronic filing upon:

John Terzaken
Mark Pletcher
U.S. Department of Justice
Antitrust Division
1401 H Street, N.W., Suite 3700
Washington, D.C.  20530


_____/s/_____
Steven J. McCool

**Exhibits for Kenneth Keitt**

| TAB NO. | EXHIBIT NO. | EXHIBIT DESCRIPTION | NOTES | OBJ | REC'D | DATE |
|---|---|---|---|---|---|---|
| 1 | | Determination and Findings for Multi-Year Operational Support Contract | | | | |
| 2 | | Determination and Findings to Provide Operational Support for Traffic Signal Control Center | | | | |
| 3 | | D.C. Formal Agreement No. 014-98 between the District of Columbia and Frederic R. Harris, Inc. | | | | |
| 4 | | Title 27 District of Columbia Municipal Regulations Chapter 37 | | | | |
| 5 | | Progress Report - Operational Support Contract - November 25, 2000 Through December 29, 2000 | | | | |
| 6 | | DMJM+Harris Conceptual Design for Prototype CCTV System -- July 2001 | | | | |
| 7 | | January 25, 2001 Form 1365 | | | | |
| 8 | | August 14, 2001 Notice of Intent | | | | |
| 9 | | August 23, 2001 Letter from Keitt to Green | | | | |
| 10 | | September 28, 2001 Notice to Proceed | | | | |
| 11 | | January 10, 2002 DOD Appropriations | | | | |

Exhibits for
**Kenneth Keitt**

| TAB NO. | EXHIBIT NO. | EXHIBIT DESCRIPTION | NOTES | OBJ | REC'D | DATE |
|---|---|---|---|---|---|---|
| 12 | | June 21, 2002 Form 1365 | | | | |
| 13 | | June 27, 2002 Email from McGuirk to Jerry Carter and Gloria Grayton | | | | |
| 14 | | McGuirk Handwritten Notes | | | | |
| 15 | | September 13, 2002 Memo from Keitt to Werner | | | | |
| 16 | | December 23, 2002 DCDOT Emails | | | | |
| 17 | | February 27, 2003 Letter to Keitt from Carter | | | | |
| 18 | | February 27, 2003 Memo from Keitt to Werner | | | | |
| 19 | | March 3, 2003 letter from Linda Cropp to Anthony Williams | | | | |
| 20 | | March 4, 2003 Unilateral Modification | | | | |
| 21 | | March 4, 2003 Notice to Proceed | | | | |
| 22 | | March 5, 2003 Email from Keitt to Schwartz | | | | |

**Exhibits for**
**Kenneth Keitt**

| TAB NO. | EXHIBIT NO. | EXHIBIT DESCRIPTION | NOTES | OBJ | REC'D | DATE |
|---|---|---|---|---|---|---|
| 23 | | Supplement to D.C. Formal Agreement No. 014-98 | | | | |
| 24 | | August 14, 2003 -- CCTV Scope of Work Memo from Travers to Byrd. | | | | |
| 25 | | September 25, 2002 Unilateral Modification | | | | |
| 26 | | June 11, 2002 McGuirk Letter to Asher | | | | |
| 27 | | March 6, 2003 Memorandum of Negotiations | | | | |
| 28 | | March 28, 2003 Memo from McGuirk to Lewis | | | | |
| 29 | | Post Negotiation Memorandum | | | | |
| 30 | | McGuirk Notes | | | | |
| 31 | | June 18, 2003 Authorization | | | | |
| 32 | | July 25, 2003 Memorandum of Negotiations | | | | |
| 33 | | July 25, 2003 Authorization and Justification | | | | |

**Exhibits for**
**Kenneth Keitt**

| TAB NO. | EXHIBIT NO. | EXHIBIT DESCRIPTION | NOTES | OBJ | REC'D | DATE |
|---|---|---|---|---|---|---|
| 34 | | September 9, 2003 Memorandum | | | | |
| 35 | | September 12, 2003 Memorandum to Chief Procurement Officer | | | | |
| 36 | | October 29, 2003, Memorandum to City Council | | | | |
| 37 | | September 30, 2003 Notice to Proceed | | | | |
| 38 | | September 30, 2003 Unilateral Modification | | | | |
| 39 | | March 6, 2003 DCDOT Emails | | | | |
| 40 | | September 25, 2003 Memorandum of Negotiations | | | | |
| 41 | | Post Negotiation Memorandum | | | | |
| 42 | | December 4, 2003 Authorization | | | | |
| 43 | | September 13, 2004 Unilateral Modification | | | | |
| 44 | | September 14, 2004 Notice to Proceed | | | | |

**Exhibits for Kenneth Keitt**

| TAB NO. | EXHIBIT NO. | EXHIBIT DESCRIPTION | NOTES | OBJ | REC'D | DATE |
|---|---|---|---|---|---|---|
| 45 | | November 30, 2001 Evaluation of Derminassian | | | | |
| 46 | | Temporary Lifting of Travel Restrictions | | | | |
| 47 | | September 30, 2002 Evaluation of Derminassian | | | | |
| 48 | | November 22, 2002 Derminassian Performance Review Comments | | | | |
| 49 | | November 22, 2002 Derminassian PIP Memo | | | | |
| 50 | | November 27, 2002 Email from Tangherlini to Derminassian | | | | |
| 51 | | February 25, 2003 PIP Meeting Memo | | | | |
| 52 | | March 7, 2003 PIP Meeting Memo - Week of Feb 3, 2003 | | | | |
| 53 | | March 17, 2003 PIP Meeting Memo - Week of Feb 10, 2003 | | | | |
| 54 | | March 17, 2003 PIP Meeting Memo - Week of Feb 17, 2003 | | | | |
| 55 | | March 17, 2003 PIP Meeting Memo - Week of Feb 24, 2003 | | | | |

**Exhibits for Kenneth Keitt**

| TAB NO. | EXHIBIT NO. | EXHIBIT DESCRIPTION | NOTES | OBJ | REC'D | DATE |
|---|---|---|---|---|---|---|
| 56 | | March 21, 2003 PIP Meeting Memo - Week of March 3, 2003 | | | | |
| 57 | | March 17, 2003 Memo - PIP Discussion | | | | |
| 58 | | March 26, 2003 Meeting Memo - Week of March 10, 2003 | | | | |
| 59 | | March 28, 2003 PIP - Final Assessment | | | | |
| 60 | | April 1, 2003 - Derminassian Request for Extension to Reply to Final PIP Assessment | | | | |
| 61 | | April 2, 2003 Email from Tangherlini | | | | |
| 62 | | April 7, 2003 Email from Anderson to Derminassian | | | | |
| 63 | | May 2, 2003 - Personnel Action Re: Derminassian | | | | |
| 64 | | January 12, 2001 Bankruptcy | | | | |
| 65 | | April 21, 2005 Derminassian Plea Agreement | | | | |
| 66 | | April 11, 2005 Derminassian Information | | | | |

**Exhibits for
<u>Kenneth Keitt</u>**

| TAB NO. | EXHIBIT NO. | EXHIBIT DESCRIPTION | NOTES | OBJ | REC'D | DATE |
|---|---|---|---|---|---|---|
| 67 | | April 21, 2005 Derminassian Plea Transcript | | | | |
| 68 | | Derminassian Sentencing Memorandum | | | | |
| 69 | | September 29, 2005 Dr. Richard Ratner Letter Re: Derminassian | | | | |
| 70 | | September 30, 2005, Derminassian Sentencing Transcript | | | | |
| 71 | | Derminassian Judgment and Commitment Order | | | | |
| 72 | | September 17, 2001 Purchase Order | | | | |
| 73 | | September 17, 2001 Purchase Order | | | | |
| 74 | | AECOM Claim Notes | | | | |
| 75 | | AECOM Report Accident Report | | | | |
| 76 | | Hough/Derminassian Parallel Transactions of Interest | | | | |
| 77 | | Ashcroft Memorandum | | | | |

Exhibits for
<u>Kenneth Keitt</u>

| TAB NO. | EXHIBIT NO. | EXHIBIT DESCRIPTION | NOTES | OBJ | REC'D | DATE |
|---|---|---|---|---|---|---|
| 78 | | Travers Grand Jury Immunity Order | | | | |
| 79 | | October 2001 Travers Expense Report | | | | |
| 80 | | October 2001 Travers Expense Report | | | | |
| 81 | | September 2001 Travers Expense Report | | | | |
| 82 | | August 13, 2002 Travers Expense Report | | | | |
| 83 | | September 20, 2002 Travers Expense Report | | | | |
| 84 | | October 2002 Travers Expense Report | | | | |
| 85 | | November 30, 2001 Mike Travers Performance Review | | | | |
| 86 | | November 12, 2003 Mike Travers Performance Review | | | | |
| 87 | | Levy Grand Jury Immunity Order | | | | |
| 88 | | Edelstein Grand Jury Immunity Order | | | | |

| TAB NO. | EXHIBIT NO. | EXHIBIT DESCRIPTION | NOTES | OBJ | REC'D | DATE |
|---|---|---|---|---|---|---|
| 89 | | Keitt Indictment | | | | |

Exhibits for
**Kenneth Keitt**

*United States v. Ken Keitt*
Case No. 07-041
9