IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 07-041 (RJL) |
| v.  ) | |
| ) | |
| KENNETH KEITT,  ) | |
| ) | |
| Defendant.  ) | |

**RESPONSE OF THE UNITED STATES TO DEFENDANT'S
MOTION *IN LIMINE* TO EXCLUDE LETTER AGREEMENT
CONCERNING TERMS OF KEITT'S RESIGNATION**

Defendant Kenneth Keitt was asked to resign by his former employer DMJM + Harris, Inc.  In recognition of his agreement to resign, as well as his agreement to release the company from any liability or claims related to conduct occurring during his employment, the company paid defendant a sizeable severance even though he was entitled to none.  The terms and conditions of defendant's agreed upon departure from DMJM are set forth in a letter agreement marked as Government Exhibit 32.  *See* Government Exhibit List (Document No. 64) (dated April 28, 2008) ("Exhibit 32").

Exhibit 32 will be highly relevant in this case if defendant puts his professional character or performance at issue.  In that context, the government is entitled to explore the circumstances of defendant's "resignation" from DMJM, as well as the terms of that separation.  Similarly, because the government's use of the letter will largely depend on what defendant chooses to put at issue about his personal and professional life, defendant has no present, valid claim that Exhibit 32 is unfairly prejudicial.

Accordingly, defendant's Motion In Limine to Exclude Kenneth Keitt's Resignation Letter from Evidence should be denied.

DATED this 12th day of May, 2008.

Respectfully submitted,

/s/
JOHN F. TERZAKEN III (D.C. Bar # 474015)
MARK W. PLETCHER
EMILY W. ALLEN
Trial Attorneys, Antitrust Division
U.S. Department of Justice
450 5th Street, N.W., Suite 11300
Washington, D.C. 20530
Telephone: (202) 307-0719
Facsimile:  (202) 514-6525
E-mail: john.terzaken@usdoj.gov /
          mark.pletcher@usdoj.gov /
          emily.allen@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of May 2008, the foregoing RESPONSE OF THE UNITED STATES TO DEFENDANT'S MOTION *IN LIMINE* TO EXCLUDE LETTER AGREEMENT CONCERNING TERMS OF KEITT'S RESIGNATION, was filed electronically and to the best of my knowledge, information and belief, counsel for defendant Kenneth Keitt will be notified through the Electronic Case Filing System.

                                              /s/
                                    JOHN F. TERZAKEN III
                                    D.C. Bar # 474015
                                    Trial Attorney, Antitrust Division
                                    U.S. Department of Justice
                                    450 5th Street, N.W., Suite 11300
                                    Washington, D.C. 20530
                                    Telephone: (202) 307-0719
                                    Facsimile: (202) 514-6525
                                    E-mail: john.terzaken@usdoj.gov