**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Criminal No. 07-041 (RJL) |
| ) | |
| **KENNETH KEITT** ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT KENNETH KEITT'S THIRD MOTION TO CONTINUE**
**THE MAY 20, 2008 TRIAL DATE AND INCORPORATED MEMORANDUM**

Kenneth Keitt, by and through undersigned counsel and for good cause, hereby moves for a continuance of the trial of the above-captioned case, which is currently scheduled to begin on May 20, 2008. In support of this motion, Mr. Keitt submits the following.

1. Trial in this matter is currently scheduled to begin on May 20, 2008.

2. Mr. Keitt has subpoenaed the Honorable John F. Dean to testify as a character witness in this matter. Judge Dean is a Special Trial Judge with the United States Tax Court.

3. Judge Dean is scheduled to preside over trials in Louisiana during the week of May 27, 2008 and in California during the following week. He does not sit during the months of July and August 2008.

4. Mr. Keitt opposes presenting Judge Dean's testimony by way of a Rule 15 deposition. First, attendance of witnesses at trial is the favored method of presenting testimony; depositions are not favored in criminal cases. *United States v. Wilson*, 601 F.2d 95, 97 (3rd Cir. 1979).

5. Moreover, the scope of Judge Dean's direct testimony cannot be determined until Mr. Keitt's decides whether he will testify. He will not make this decision until after the government presents its case. If Mr. Keitt decides to testify, we will seek to elicit character

1

evidence for honesty and lawfulness. If Mr. Keitt decides to remain silent, we will seek to elicit character evidence for lawfulness only. *See, In re Sealed Case*, 352 F.3d 409, 412 (D.C. Cir. 2003).

6. Undersigned counsel is available for trial in August 2008.

Wherefore, for all of the aforementioned reasons and those stated in open court, Mr. Keitt respectfully requests that the Court continue the trial of this case.

                Respectfully submitted,

                _____/s/_____
                STEVEN J. McCOOL
                D.C. Bar No. 429369
                MALLON & McCOOL, LLC
                1776 K Street, N.W., Suite 200
                Washington, D.C. 20006
                (202) 393-7088

                Counsel for Kenneth Keitt

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of May 2008, the foregoing Defendant's Motion to Continue the May 20, 2008 Trial Date, Incorporated Memorandum and the attached Proposed Order were served by electronic filing upon:

John Terzaken
Mark Pletcher
Emily Allen
U.S. Department of Justice
Antitrust Division
1401 H Street, N.W., Suite 3700
Washington, D.C.  20530

　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　STEVEN J. MCCOOL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Criminal No.  07-041 (RJL) |
| ) | |
| **KENNETH KEITT** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER**

Upon consideration of Defendant Kenneth Keitt's Motion to Continue the May 20, 2008 Trial Date, his Incorporated Memorandum, the government's response thereto, and the entire record in this matter, it is this _____ day of May 2008, hereby

**ORDERED**, that Defendant Keitt's motion is granted; and it is further

**ORDERED**, that the trial in the above-captioned case shall begin on: _____.

_____
THE HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT COURT JUDGE