IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 07-041 (RJL) |
| v. | ) | |
| | ) | |
| KENNETH KEITT, | ) | |
| | ) | |
| Defendant. | ) | |

FILED
MAY 14 2008
Clerk, U.S. District and
Bankruptcy Courts

## ORDER COMPELLING TESTIMONY OF ROBERT EDELSTEIN

Upon consideration of the United States's Motion to Compel Testimony, pursuant to 18 U.S.C. § 6001 et seq., and it appearing to the satisfaction of the Court that:

1. Robert Edelstein has been called to testify and provide information before a trial in the District Court for the District of Columbia and in any further proceedings resulting therefrom or ancillary thereto; and

2. Mr. Edelstein has refused to testify or provide other information on the basis of his privilege against self-incrimination; and

3. The attorneys for the United States believe that the testimony from Mr. Edelstein may be necessary to the public interest; and

4. The United States's motion has been filed with approval of Scott D. Hammond, Deputy Assistant Attorney General, Antitrust Division, United States Department of Justice, pursuant to the authority conferred by 18 U.S.C. §§ 6003(b) and 28 C.F.R. 0.175(b);

IT IS HEREBY ORDERED, pursuant to 18 U.S.C. §§ 6002 and 6003, that Mr.

Edelstein, in a direct and non-evasive manner, give testimony and provide other information which he would otherwise refuse to give or to provide on the basis of his privilege against self-incrimination as to all matters about which he may be interrogated before the trial of *United States v. Kenneth Keitt*, Criminal No. 07-041 (RJL);

IT IS FURTHER ORDERED THAT no testimony or other information, directly or indirectly, may be used against Mr. Edelstein in any criminal case, except a prosecution for perjury, giving false statements, or otherwise failing to comply with this Order.

DATED this 14th day of May, 2008.

_____
THE HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT COURT JUDGE