**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 07-041 (RJL)** |
| | ) | |
| **KENNETH KEITT** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT KENNETH KEITT'S SUPPLEMENTAL MOTION TO CONTINUE
THE MAY 20, 2008 TRIAL DATE AND INCORPORATED MEMORANDUM**

Pursuant to the Court's May 15, 2008 request, Kenneth Keitt, by and through undersigned counsel, submits the following supplement to his motion to continue the May 20, 2008 trial date.

On May 26, 2008, the Honorable John F. Dean will travel to Shreveport, Louisiana to preside over cases before the United States Tax Court. He has 30 cases on his docket. He will preside over these matters on May 27, 28 and 29, 2008. He will not be in a position to determine whether these matters can be resolved before May 29, until his Honor's docket is called on May 27. If His Honor has matters scheduled on May 29, he will not be able to travel to Washington, D.C. on that day. Judge Dean cannot secure a direct flight on May 30 to Washington, D.C. from Shreveport, Louisiana. His Honor must travel through Dallas, and he is not scheduled to arrive in Washington, D.C. until 4:59 p.m. on May 29. On June 1, 2008, Judge Dean will travel to Los Angeles, California to preside over cases before the United States Tax Court. His Honor is scheduled to remain in California until June 6, 2008. Judge Dean will not preside over cases before the United States Tax Court in July or August. He is available to appear as a witness during that time.

Wherefore, for all of the aforementioned reasons and those stated in open court, Mr. Keitt

respectfully requests that the Court continue the trial of this case.

Respectfully submitted,


_____/s/_____
STEVEN J. McCOOL
D.C. Bar No. 429369
MALLON & McCOOL, LLC
1776 K Street, N.W., Suite 200
Washington, D.C. 20006
(202) 393-7088

Counsel for Kenneth Keitt

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 16th day of May 2008, the foregoing Defendant's Supplemental Motion to Continue the May 20, 2008 Trial Date, Incorporated Memorandum and the attached Proposed Order were served by electronic filing upon:

John Terzaken
Mark Pletcher
Emily Allen
U.S. Department of Justice
Antitrust Division
1401 H Street, N.W., Suite 3700
Washington, D.C.  20530


_____/s/_____
STEVEN J. MCCOOL