IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 07-041 (RJL) |
| v. | ) | |
| | ) | |
| KENNETH KEITT, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATIONS REGARDING STATUTE OF LIMITATIONS
AND AUTHENTICITY AND BUSINESS RECORD CHARACTER**

The United States and defendant Kenneth Keitt, through their undersigned counsel, stipulate and agree as follows:

**Statute of Limitations**

1. In this case, the parties agreed to toll the statute of limitations for the period beginning on October 9, 2006, through the filing of the Indictment. Thus, the statute of limitations is met if the charged conduct occurred on or after October 9, 2001.

**Authenticity & Business Record Character**

2. The exhibits listed in Attachments A and B are authentic, as required by Rule 901 of the Federal Rules of Evidence and constitute "records of regularly conducted activity" as required by Rule 803(6) of the Federal Rules of Evidence. The parties have stipulated to the authenticity and business record character of the exhibits listed in Attachments A and B, but have not waived objections to the admissibility of these exhibits under Rules 402 and 403 of the Federal Rules of Evidence.

DATED this 19th day of May, 2008.

Approved By:

| | |
|---|---|
| s/ | s/ |
| JOHN F. TERZAKEN, III | STEVEN J. MCCOOL |
| MARK W. PLETCHER | D.C. Bar # 429369 |
| EMILY W. ALLEN | Mallon & McCool, LLC |
| Trial Attorneys, Antitrust Division | 1776 K Street, N.W., Suite 200 |
| U.S. Department of Justice | Washington, D.C.  20006 |
| 450 5th Street, N.W., Suite 11300 | Telephone: (202) 393-7088 |
| Washington, D.C.  20530 | Facsimile: (202) 393-3499 |
| Telephone: (202) 307-0719 | Email: smccool@mallonandmccool.com |
| Facsimile:   (202) 514-6525 | |
| E-mail:  john.terzaken@usdoj.gov / | *Counsel for Defendant Kenneth Keitt* |
|          mark.pletcher@usdoj.gov / | |
|          emily.allen@usdoj.gov | |

# ATTACHMENT A

## STIPULATED GOVERNMENT EXHIBITS

| GOV. EX. NO. | DESCRIPTION | BATES NO. |
|---|---|---|
| 3 | D.C. Formal Agreement No. 014-98 | DHDOJ0007507-562 |
| 4 | 11/19/2001 DMJM+ Harris ITS Division October Monthly Management Letter | DHDOJ0046694-701 |
| 5 | DMJM + Harris DC Operational Support Organization – August 22, 2003 | DHDOJ0012329 |
| 6 | 9/28/2001 Letter from DC Department of Public Works | DHDOJ0007596 |
| 7 | 9/24/2001 Email from Kenneth Keitt | DHDOJ0052982 |
| 8 | 9/25/2002 Government of the District of Columbia Change Order / Unilateral Modification | DHDOJ0043572-573 |
| 9 | 10/2002 Performance Review of Kenneth Keitt | DHDOJ0016702-703 |
| 10 | 8/26/2002 Email from Kenneth Keitt | DHDOJ0044094 |
| 11 | 11/2003 Performance Review of Kenneth Keitt | DHDOJ0016674-677 |
| 14 | DMJM + Harris Code of Conduct | DHDOJ0044063-90 |
| 15 | Calendar of Ira Levy | DHDOJ0046825-826 |
| 17 | 9/10/2001 Request and Authorization for Official Travel | DCDOT-011-00000980-994 |
| 18 | 10/2001 Department of Transportation Credit Card Statement | DCDOT-011-00001517-525 |
| 19 | 10/17/2001 Request and Authorization for Official Travel | DCDOT-011-00000995-1014 |
| 20 | 11/2001 Department of Transportation Credit Card Statement | DCDOT-011-00001319-321 |
| 24 | 9/19/2001 Email from Kenneth Keitt | DHDOJ0054424 |
| 25 | 10/2001 Credit Card Statement of Michael Travers | T0001 |

| GOV. EX. NO. | DESCRIPTION | BATES NO. |
|---|---|---|
| 26 | 11/2001 Credit Card Statement of Michael Travers | T0002 |
| 27 | Credit Card Advance Receipts of Michael Travers | T0003 |
| 28 | 10/2001 Bank Annapolis Withdrawl Receipt | T0004 |
| 29 | TMC Telephone List – DMJM + Harris, Inc. | DHDOJ0012015 |
| 30 | 10/7/2001 Nextel Phone Record Statements of Federick R. Harris, Inc. | DHDOJ0001811-886 |
| 31 | 11/6/2001 Nextel Phone Record Statements of Federick R. Harris, Inc. | DHDOJ0001642-709 |
| 32 | 1/29/2004 Letter Terminating Kenneth Keitt | DHDOJ0016670-673 |
| 34 | 3/4/2003 Letter from DC Department of Transportation | DCDOT-009-00001069 |
| 35 | Supplement to D.C. Formal Agreement No. 014-98 | DCDOT-00900001014-1027 |
| 36 | 11/19/2001 ITS Monthly Operating Report FY'02 / FM October | DHDOJ0046690-693 |
| 37 | 01/11/2002 DC Department of Public Works Memorandum | DCDOT-011-00001323-349 |
| 38 | Change Order No. 2 – D.C. Formal Agreement 014-98 | DCDOT-009-00000781-782 |
| 39 | Change Order No. 3 – D.C. Formal Agreement 014-98 | DCDOT-009-00000623-624 |
| 40 | Change Order No. 4 – D.C. Formal Agreement 014-98 | DCDOT-009-00000455 |
| 41 | 2/14/2000 Memorandum from Bob Edelstein | DHDOJ0046304-308 |
| 42 | 4/15/2002 Memorandum from Kenneth Keitt | DHDOJ0044099 |
| 43 | 6/4/2002 Memorandum from Kenneth Keitt | DHDOJ0055163 |

| GOV. EX. NO. | DESCRIPTION | BATES NO. |
|---|---|---|
| **44** | 7/2/2002 Memorandum from Kenneth Keitt | DHDOJ0055172 |
| **45** | 7/26/2002 Memorandum from Kenneth Keitt | DHDOJ0044114 |
| **46** | 9/13/2002 Memorandum from Kenneth Keitt | DHDOJ0044109 |
| **47** | 10/29/2002 Memorandum from Kenneth Keitt | DHDOJ0055191 |
| **48** | 2/27/2003 Memorandum from Kenneth Keitt | DHDOJ0044106 |
| **49** | 9/25/2002 Government of the District of Columbia Change Order / Unilateral Modification | DCDOT-002-00000556-557 |
| **50** | 6/21/2002 Record of Authorization to Proceed with Contract Revision | DCDOT-009-00001062 |
| **51** | 11/30/2001 Performance Review of Michael Travers | DHDOJ0017657 |
| **52** | 4/17/2002 Request for Payment; D.C. Formal Agreement No. 014-98 | DCDOT-002-00003456-576 |

# ATTACHMENT B

## STIPULATED DEFENSE EXHIBITS

| TAB NO. | EXHIBIT NO. | EXHIBIT DESCRIPTION |
|---|---|---|
| 1 | | Determination and Findings for Multi-Year Operational Support Contract |
| 2 | | Determination and Findings to Provide Operational Support for Traffic Signal Control Center |
| 3 | | D.C. Formal Agreement No. 014-98 between the District of Columbia and Frederic R. Harris, Inc. |
| 5 | | Progress Report - Operational Support Contract - November 25, 2000 Through December 29, 2000 |
| 6 | | DMJM+Harris Conceptual Design for Prototype CCTV System -- July 2001 |
| 7 | | January 25, 2001 Form 1365 |
| 8 | | August 14, 2001 Notice of Intent |
| 9 | | August 23, 2001 Letter from Keitt to Green |
| 10 | | September 28, 2001 Notice to Proceed |
| 12 | | June 21, 2002 Form 1365 |
| 13 | | June 27, 2002 Email from McGuirk to Jerry Carter and Gloria Grayton |
| 15 | | September 13, 2002 Memo from Keitt to Werner |
| 16 | | December 23, 2002 DCDOT Emails |
| 17 | | February 27, 2003 Letter to Keitt from Carter |
| 18 | | February 27, 2003 Memo from Keitt to Werner |

| TAB NO. | EXHIBIT NO. | EXHIBIT DESCRIPTION |
|---|---|---|
| 19 | | March 3, 2003 letter from Linda Cropp to Anthony Williams |
| 20 | | March 4, 2003 Unilateral Modification |
| 21 | | March 4, 2003 Notice to Proceed |
| 22 | | March 5, 2003 Email from Keitt to Schwartz |
| 23 | | Supplement to D.C. Formal Agreement No. 014-98 |
| 24 | | August 14, 2003 -- CCTV Scope of Work Memo from Travers to Byrd. |
| 25 | | September 25, 2002 Unilateral Modification |
| 27 | | March 6, 2003 Memorandum of Negotiations |
| 28 | | March 28, 2003 Memo from McGuirk to Lewis |
| 29 | | Post Negotiation Memorandum |
| 31 | | June 18, 2003 Authorization |
| 32 | | July 25, 2003 Memorandum of Negotiations |
| 33 | | July 25, 2003 Authorization and Justification |
| 34 | | September 9, 2003 Memorandum |
| 35 | | September 12, 2003 Memorandum to Chief Procurement Officer |
| 36 | | October 29, 2003, Memorandum to City Council |

| TAB NO. | EXHIBIT NO. | EXHIBIT DESCRIPTION |
|---|---|---|
| 37 | | September 30, 2003 Notice to Proceed |
| 38 | | September 30, 2003 Unilateral Modification |
| 39 | | March 6, 2003 DCDOT Emails |
| 40 | | September 25, 2003 Memorandum of Negotiations |
| 41 | | Post Negotiation Memorandum |
| 42 | | December 4, 2003 Authorization |
| 43 | | September 13, 2004 Unilateral Modification |
| 44 | | September 14, 2004 Notice to Proceed |
| 45 | | November 30, 2001 Evaluation of Derminassian |
| 47 | | September 30, 2002 Evaluation of Derminassian |
| 48 | | November 22, 2002 Derminassian Performance Review Comments |
| 49 | | November 22, 2002 Derminassian PIP Memo |
| 50 | | November 27, 2002 Email from Tanghlerini to Derminassian |
| 51 | | February 25, 2003 PIP Meeting Memo |
| 52 | | March 7, 2003 PIP Meeting Memo - Week of Feb 3, 2003 |
| 53 | | March 17, 2003 PIP Meeting Memo - Week of Feb 10, 2003 |

| TAB NO. | EXHIBIT NO. | EXHIBIT DESCRIPTION |
|---|---|---|
| 54 | | March 17, 2003 PIP Meeting Memo - Week of Feb 17, 2003 |
| 55 | | March 17, 2003 PIP Meeting Memo - Week of Feb 24, 2003 |
| 56 | | March 21, 2003 PIP Meeting Memo - Week of March 3, 2003 |
| 57 | | March 17, 2003 Memo - PIP Discussion |
| 58 | | March 26, 2003 Meeting Memo - Week of March 10, 2003 |
| 59 | | March 28, 2003 PIP - Final Assessment |
| 60 | | April 1, 2003 - Derminassian Request for Extension to Reply to Final PIP Assessment |
| 61 | | April 2, 2003 Email from Tanghlerini |
| 62 | | April 7, 2003 Email from Anderson to Derminassian |
| 63 | | May 2, 2003 - Personnel Action Re: Derminassian |
| 72 | | September 17, 2001 Purchase Order |
| 73 | | September 17, 2001 Purchase Order |
| 74 | | AECOM Claim Notes |
| 75 | | AECOM Report Accident Report |
| 79 | | October 2001 Travers Expense Report |
| 80 | | October 2001 Travers Expense Report |

| TAB NO. | EXHIBIT NO. | EXHIBIT DESCRIPTION |
|---|---|---|
| 81 | | September 2001 Travers Expense Report |
| 82 | | August 13, 2002 Travers Expense Report |
| 83 | | September 20, 2002 Travers Expense Report |
| 84 | | October 2002 Travers Expense Report |
| 85 | | November 30, 2001 Mike Travers Performance Review |
| 86 | | November 12, 2003 Mike Travers Performance Review |