**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA     ) | |
| )  | |
| )  | |
| v.                                                    ) | Criminal No.  07-041 (RJL) |
| )  | |
| )  | |
| KENNETH KEITT                          ) | |
| )  | |
|     Defendant.                    ) | |

### DEFENDANT'S PROPOSED SUPPLEMENTAL JURY INSTRUCTION

Kenneth Keitt, by and through undersigned counsel, hereby withdraws his earlier proposed jury instruction on "Witness With a Plea Agreement" and submits the following supplemental instruction.  In addition, Mr. Keitt proposes a jury instruction on "Witness's Use of Addictive Drugs."

### WITNESS WITH A PLEA AGREEMENT[1]

You have heard evidence that Wilhelm Derminassian has entered into a plea agreement with the government.  His testimony was received in evidence and may be considered by you.  You may give his testimony such weight as you think it deserves.  Whether or not his testimony may have been influenced by his plea agreement is for you to determine.  His guilty plea cannot, however, be considered by you as evidence of this defendant's guilt.  The guilty plea can be considered by you only for the purpose of determining how much, if at all, to rely upon the testimony of this witness.

---

[1]This instruction was proposed by the U.S. Department of Justice, Antitrust Division in United States v. Johnson, Criminal Case No. H-92-152 (S.D. Tex. filed Mar. 10, 1994), aff'd 68 F.3d 899 (5th Cir. 1995)(antitrust case involving bid-rigging).

## WITNESS'S USE OF ADDICITIVE DRUGS[2]

The testimony of someone who is shown to have used addictive drugs during the period of time about which the witness testified must always be examined and weighed by the jury with greater care and caution than the testimony of ordinary witnesses.

You should never convict any defendant upon the unsupported testimony of such a witness unless you believe that testimony beyond a reasonable doubt.

---

[2] Fifth Circuit Pattern Jury Instructions – Criminal (2001); Fletcher v. United States, 158 F.2d 321, 323 (D.C. Cir. 1947) (holding that "a drug addict is inherently a perjurer where his own interests are concerned.")

Respectfully submitted,


_____/s/_____
STEVEN J. McCOOL
D.C. Bar No. 429369
MALLON & McCOOL, LLC
1776 K Street, N.W., Suite 200
Washington, D.C. 20006
(202) 393-7088

Counsel for Kenneth Keitt

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of May 2008, the foregoing Defendant's Proposed Supplemental Jury Instructions was served by electronic filing upon:

John Terzaken
Mark Pletcher
U.S. Department of Justice
Antitrust Division
1401 H Street, N.W., Suite 3700
Washington, D.C.  20530


_____/s/_____
STEVEN J. McCOOL

4