**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **v.** ) | **Criminal No. 07-041 (RJL)** |
| ) | |
| ) | |
| **KENNETH KEITT** ) | |
| ) | |
| **Defendant.** ) | |

## ENTRY OF APPEARANCE

Defendant Kenneth Keitt, by and through undersigned counsel, hereby moves this Honorable Court to enter the appearance of Joseph Mallon, Jr. to represent him in the above-captioned case.

Respectfully submitted,

_____/s/_____
JOSEPH MALLON, JR
DC Bar No. 441376
MALLON & McCOOL, LLC
1776 K Street, N.W., Suite 200
Washington, D.C. 20006
(202) 393-7088

Counsel for Kenneth Keitt

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of May 2008, the foregoing Entry of Appearance was served upon all parties through the Court's electronic filing system.

_____/s/_____
STEVEN J. McCOOL