IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 07-041 (RJL) |
| | ) | |
| | ) | |
| KENNETH KEITT | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MEMORANDUM IN
OPPOSITION TO PROPOSED MODIFICATION OF THE
UNITED STATES TO PROPOSED JURY INSTRUCTIONS

Kenneth Keitt, by and through undersigned counsel, respectfully opposes the Proposed Modification of the United States to Proposed Jury Instructions and submits the following.

The penultimate sentence in Proposed Form Instruction 2.42 (Character and Reputation of Defendant), which reads: "On the other hand, the circumstances may be such that evidence of good character may alone create a reasonable doubt as to defendant's guilt, although without it the other evidence would be convincing" should remain as written.

The D.C. Circuit has ruled squarely on this issue. "Good-character evidence may of itself generate a reasonable doubt as to guilt and the accused is entitled to have the jury so instructed." *United States v. Lewis,* 482 F.2d 632, 637 (D.C. Cir. 1973).

For the reasons given in this response, and any other reasons Mr. Keitt respectfully requests that Proposed Form Instruction 2.42 remain as written.

Respectfully submitted,

_____/s/_____
DANIEL T. McNAMARA
D.C. Bar No. 494834
MALLON & McCOOL, LLC
1776 K Street, N.W., Suite 200
Washington, D.C. 20006
(202) 393-7088

Counsel for Kenneth Keitt

CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of May 2008 Kenneth Keitt's Memorandum in Opposition to the Proposed Modification of the United States to Proposed Jury Instructions was served by electronic filing upon:

John Terzaken
Mark Pletcher
Emily Allen
U.S. Department of Justice
Antitrust Division
1401 H Street, N.W., Suite 3700
Washington, D.C.  20530

                                                      _____/s/_____
                                                      DANIEL T. MCNAMARA