IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 07-041 (RJL) |
| | ) | |
| KENNETH KEITT | ) | |
| | ) | |
| Defendant. | ) | |

**KENNETH KEITT'S REPLY TO OPPOSITION OF THE UNITED STATES
TO HIS PROPOSED JURY INSTRUCTION ON A WITNESS'S
USE OF ADDICTIVE DRUGS WITH INCORPORATED
<u>MEMORANDUM OF POINTS AND AUTHORITIES</u>**

Kenneth Keitt, by and through undersigned counsel, respectfully submits this Reply to Opposition of the United States to Defendant's Proposed "Addicted Witness" Jury Instruction with Incorporated Memorandum of Points and Authorities and sets forth as follows:

The Government misnames the proposed jury instruction when it refers to it as the "addicted witness" jury instruction. The correct title of the proposed jury instruction is "Witness's Use of Addictive Drugs." *See* Fifth Circuit Pattern Jury Instructions – Criminal (2001). "The testimony of someone who is shown to have used addictive drugs during the period of time about which the witness testified must always be examined and weighed by the jury with greater care and caution than the testimony of ordinary witnesses." *Id.* It is clear that Wilhelm DerMinassian used addictive drugs during the period of time about which he testified, thus the jury must examine his testimony with greater care and caution.

Wilhelm DerMinassian testified that he was taking narcotics in October, 2001, specifically: vicodin, oxycontin, percocet and darvocet. *See* Transcript of Trial Record,

*United States v. Keitt*, Crim. No. 07-041(RJL) at 58:8-58:17 (May 29, 2008). Mr. Derminassian testified further that he was "taking a lot of drugs" when he testified before the Grand Jury. *See* Transcript of Trial Record, *United States v. Keitt*, Crim. No. 07-041(RJL) at 77:25-78:5 (May 29, 2008). He "was on painkillers." *See* Transcript of Trial Record, *United States v. Keitt*, Crim. No. 07-041(RJL) at 78:24-25 (May 29, 2008). He was also "definitely" taking xanax. *See* Transcript of Trial Record, *United States v. Keitt*, Crim. No. 07-041(RJL) at 79:17-17 (May 29, 2008). The painkillers identified above all contain opiates and are highly addictive. *See e.g. McCauley v. Purdue Pharma. L.P.,* 331 F. Supp. 2d 449, 452 (W.D.Va 2004)(holding oxycontin and percocet contain opiates and are highly addictive). The Government contends that the proposed instruction is inappropriate because Mr. DerMinassian was not "shown to have an addiction to any particular medication during the relevant period." *See* Gov't Opposition at 1-2. The proper inquiry is if Mr. DerMinassian *used* addictive drugs during the relevant time period. When asked if he was using narcotics in October, 2001 and at the time he testified before the Grand Jury, Mr. DerMinassian provided a laundry-list of addictive prescription opiates.

The Government also contends that the proposed instruction will confuse the jury because the Court admonished them to disregard counsel's question regarding whether or not Mr. DerMinassian obtained his narcotics through a valid prescription. This contention lacks merit. This Court has ruled that *how* Mr. DerMinassian obtained his narcotics is irrelevant. The fact that he was using those narcotics is relevant, and that was fully developed in front of the jury. The jury has already been admonished not to consider Mr. DerMinassian's assertion of his Fifth Amendment right against self-

2

incrimination. There is no danger that they will be confused on this issue. The Government's request for a further curative instruction should be denied. *See* Gov't Opposition at Footnote 1. Repeating this instruction would be unduly prejudicial, and it would violate Mr. Keitt's Due Process rights. Instruction 2.07 – "Inadmissible and Stricken Evidence" -- would cover all evidence stricken at trial.

For the reasons given in this reply and those given in his proposed jury instruction, Mr. Keitt respectfully requests that the Court give the proposed jury instruction on a witness's use of addictive drugs.

                                                Respectfully submitted,

                                                _____/s/_____
                                                DANIEL T. McNAMARA
                                                D.C. Bar No. 494834
                                                STEVEN J. McCOOL
                                                D.C. Bar No. 429369
                                                MALLON & McCOOL, LLC
                                                1776 K Street, N.W., Suite 200
                                                Washington, D.C. 20006
                                                (202) 393-7088

                                                Counsel for Kenneth Keitt

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of June 2008, the foregoing Defendant's Reply to Opposition of the United States to Defendant's Proposed "Addicted Witness" Jury Instruction with Incorporated Memorandum of Points and Authorities was served by electronic filing upon:

John Terzaken
Mark Pletcher
U.S. Department of Justice
Antitrust Division
1401 H Street, N.W., Suite 3700
Washington, D.C.  20530

_____/s/_____
DANIEL T. McNAMARA