**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Criminal No.  07-041 (RJL)** |
| | ) | |
| **KENNETH KEITT** | ) | |
| | ) | |
| **Defendant.** | ) | |

## VERDICT FORM

You must unanimously find that Mr. Keitt gave a thing of value, namely _____, to a public official, namely, _____, for or because of a specific official act, namely: _____.

If you are unable to find unanimously that Mr. Keitt gave a specific thing of value to a particular public official for or because of a specific official act, you must find Mr. Keitt:  Not Guilty.

As to the offense of giving an illegal gratuity to a public official in violation of 18 U.S.C. § 201(c)(1)(A), we, the jury, find Kenneth Keitt:

Not Guilty: _____

Guilty: _____

_____
Foreperson

_____
Date