UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 2 - 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

USA

vs.

Kenneth KEITT
Defendant

Civil/Criminal No. 07-041 (RJL)

## NOTE FROM JURY

Judge Leon,

We have reached a verdict
Please advise

Date: 6/2/08

Time: 3:50 p.m

FOREPERSON

CO-109A