IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

**FILED**

JUN 2 - 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **UNITED STATES** ) | |
| ) | |
| v. ) | Criminal No. 07-041 (RJL) |
| ) | |
| **KENNETH KEITT** ) | |

**VERDICT FORM**

With respect to the offense of giving an illegal gratuity to a public official in violation of 18 U.S.C. § 201(c), we, the jury find the defendant

_____ Guilty        \_\_\_\_✓_____ Not Guilty

6/2/08
Date

_____
Foreperson