AO 245A  (AO Rev 12/03 - DC Rev. 12/05) Judgment of Acquittal

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT OF ACQUITTAL** |
| V. | |
| KENNETH KEITT | CASE NUMBER:  07CR041 |

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

RICHARD J. LEON          U.S. District Judge
Name of Judge              Title of Judge

6/7/08
Date

FILED
JUN 1 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT